**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6976**

In the Matter of                                      Case Number:

**MIKE SHALES, JOHN BRYAN Sr., AL, OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN** as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, and **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC** as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,

Plaintiffs,

**JUDGE GUZMAN**
**MAGISTRATE JUDGE KEYS**

v.

**HILDEBRANDT PAVING, LTD., and CRAIG HILDEBRANDT, individually,**   J.N.

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> **J. PETER DOWD** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/J. Peter Dowd | |
| FIRM <br> Dowd, Bloch & Bennett | |
| STREET ADDRESS 8 S. MICHIGAN AVENUE, 19TH FLOOR | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00667552 | TELEPHONE NUMBER <br> (312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |