# United States District Court for the Northern District of Illinois

Case Number: 07cv6976   Assigned/Issued By: j. n.

Judge Name: GUZMAN   Designated Magistrate Judge: KEYS

## FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2396230

Date Payment Rec'd: 12-12-07   Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
   _____
   _____
   (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
   (Type of Writ)

2 Original and 2 copies on 12-12-07 as to all defendants
                                (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm   03/14/05