UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMANN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HILDEBRANDT PAVING LTD., and CRAIG HILDEBRANDT, individually, <br><br> Defendants. | Docket Number: <br><br> Assigned Judge: <br><br><br><br><br><br> Designated Magistrate Judge: | **07 C 6976** <br><br> **JUDGE GUZMAN** <br> **MAGISTRATE JUDGE KEYS** |

TO:   Craig Hildebrandt
      37 Ione Drive, Unite A
      South Elgin, IL 60177

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

   Michele M. Reynolds
   Dowd, Bloch & Bennett
   8 South Michigan Avenue, 19th Floor
   Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk                                    Date

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**                                        **December 12, 2007**
                                                             Date



In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Mike Shales, et al vs. Hildebrandt Paving, Ltd, et al

CASE NUMBER: 07 C 6976

### AFFIDAVIT OF PROCESS SERVER

I, **Bob Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Craig Hildebrandt** at his/her usual place of abode located at **37 Ione Drive Unit A, South Elgin, IL 60177** on **12/23/2007** at **10:05 AM**.
Description: **Sex: Male – Age: 36 – Skin: White – Hair: Black – Height: 5.10 – Weight: 185**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Bob Brady

Subscribed and Sworn to before me on this
____ day of _____, 20__

_____ Notary Public

9906