## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### SUMMONS IN A CIVIL CASE

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ,
DAN BREJC, TOBY KOTH and VERN
BAUMANN as Trustees of THE FOX VALLEY
LABORERS' HEALTH AND WELFARE FUND,

**and**

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ,
TOBY KOTH, GORDON ANDERSON and DAN
BREJC as Trustees of THE FOX VALLEY
LABORERS' PENSION FUND,

Plaintiffs,

**Docket Number:**

**Assigned Judge:**

# 07 C 6976

**JUDGE GUZMAN
MAGISTRATE JUDGE KEYS**

v.

HILDEBRANDT PAVING LTD., and CRAIG
HILDEBRANDT, individually,

Defendants.

**Designated
Magistrate Judge:**

TO:    Craig Hildebrandt
37 Ione Drive, Unite A
South Elgin, IL 60177

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Michele M. Reynolds
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

**Date**

**Michael W. Dobbins, Clerk**

BY DEPUTY CLERK

**December 12, 2007**

**Date**



EXHIBIT
A

### In the United States District Court

### For the Northern District of Illinois, Eastern Division

CASE NAME.: Mike Shales, et al vs. Hildebrandt Paving, Ltd, et al

CASE NUMBER: 07 C 6976

### AFFIDAVIT OF PROCESS SERVER

I, **Bob Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117−001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Craig Hildebrandt** at his/her usual place of abode located at **37 Ione Drive Unit A, South Elgin, IL 60177** on **12/23/2007** at **10:05 AM**.
Description: Sex: **Male** − Age: **36** − Skin: **White** − Hair: **Black** − Height: **5.10** − Weight: **185**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Bob Brady

Subscribed and Sworn to before me on this ___ day of _____, 20__

_____ Notary Public

[OFFICIAL SEAL stamp]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

### SUMMONS IN A CIVIL CASE

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMANN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,

**and**

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,

    **Plaintiffs,**

**v.**

HILDEBRANDT PAVING LTD., and CRAIG HILDEBRANDT, individually,

    **Defendants.**

**Docket Number:**

**Assigned Judge:**

**Designated Magistrate Judge:**

# 07 C 6976

**JUDGE GUZMAN**
**MAGISTRATE JUDGE KEYS**

TO:    Hildebrandt Paving, Ltd.
c/o Roger T. Stells, Registered Agent
1515 E. Woodfield Rd., 2nd Floor
Schaumburg, IL 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

    Michele M. Reynolds
    Dowd, Bloch & Bennett
    8 South Michigan Avenue, 19th Floor
    Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

        Date

*(signature)*

(By) DEPUTY CLERK



December 12, 2007

Date

## In the United States District Court

### For the Northern District of Illinois, Eastern Division

CASE NAME.: Mike Shales, et al vs. Hildebrandt Paving, Ltd, et al

CASE NUMBER: 07 C 6976

### AFFIDAVIT OF PROCESS SERVER

I, **Bob Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117−001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons and Complaint** in the above captioned matter on **Hildebrandt Paving, Ltd c/o its Registered Agent Roger T. Stells** at its usual place of business located at **1515 E Woodfield Drive 2nd Floor, Schaumburg, IL 60173** by serving its authorized agent and/or employee **Kathy Skiba, Legal Assistant**, on 12/20/2007 at 10:30 AM.
Description: **Sex: Female − Age: 30 − Skin: White − Hair: Brown − Height: 5.9 − Weight: 140**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Bob Brady

Subscribed and sworn to before me on this
_____ day of _____, 20___

_____
Notary Public

"OFFICIAL SEAL"

9905

## SETTLEMENT AGREEMENT

This Agreement is made between the Fox Valley & Vicinity Laborers Health and Welfare Fund ("Welfare Fund"), the Fox Valley & Vicinity Laborers Pension Fund ("Pension Fund") (Welfare Fund and Pension Fund collectively referred to as the "Funds"), Hildebrandt Paving, Ltd. ("Company"), and Craig Hildebrandt ("Hildebrandt").

WHEREAS, the Company has at all relevant times been party to a collective bargaining agreement ("the CBA") with the Construction and General Laborers' District Council of Chicago and Vicinity ("District Council"), the terms of which obligate the Company to submit union dues to the District Council and make contributions to the Funds on behalf of its covered employees;

WHEREAS, the Company failed to make the required contribution payments to the Funds on behalf of its covered employees for the period of July 2006 through December 2006 and to make the required dues payments to the District Council on behalf of its covered employees for the period of November 2006 through December 2006 (collectively referred to herein as "the delinquent period");

WHEREAS, the Company owes an additional amount to the Funds in the form of interest, liquidated damages, accrued interest and liquidated damages, and attorneys' fees and costs, and additional amounts to the District Council in the form of liquidated damages.

WHEREAS, the Funds filed a lawsuit against the Company, Hildebrandt, and other individuals not parties to this Agreement in the US District Court for the Northern District of Illinois, in case No. 06 C 5753, captioned as *Shales, et al. v. Hildebrandt Paving, Ltd., et al.* ("Lawsuit");

WHEREAS the Company and the Funds have reached a settlement to fully and finally resolve the issues raised in the Lawsuit;

WHEREAS, in consideration for the Agreement and payment described herein by Company, THE PARTIES HEREBY AGREE AS FOLLOWS:

1. Simultaneously with the execution of this Settlement Agreement, Company and Hildebrandt will a) submit payment in the amount of four-thousand dollars ($4,000.00), payable to the Fox Valley Laborers Benefit Funds ("Initial Payment"), said payment to be received by the Funds or its counsel, no later than February 20, 2007; b) within 10 days of execution of this Settlement Agreement, complete a Financial Statement and execute a Security Agreement, a copy of which is attached hereto as Exhibit A and made a part hereof, granting the Funds a security interest in the assets of the Company to secure payment of the obligations due under this Settlement Agreement, the Installment Note and CBA; and c) sign the Installment Note, attached hereto as Exhibit B and made a part hereof, which provides for payment for the amounts agreed upon between the parties as being due for the delinquent period.

1



EXHIBIT
B

From:Hildebrandt Paving          8476957716          02/20/2007 06:14    #094 P.002/021

2.  The parties hereby agree that the Company and Hildebrandt shall pay to the Funds the reduced sum of ninety thousand dollars ($90,000.00) plus interest accruing at a rate of 9% compounded monthly, according to the terms and schedule set forth in the attached Installment Note.  This payment is in settlement in full for the amounts due for the delinquent period, subject to the remaining terms of this Settlement Agreement, as follows:

**Fox Valley Laborers Benefit Funds**

| | | |
|---|---:|---:|
| Contributions (07/06-10/06) | $47,202.10 | |
| Contributions (11/06-12/06) | $17,383.18 | |
| Liquidated Damages @ 20% | $12,917.06 | |
| Prior statement of interest/LDs | $12,321.47 | |
| Attorneys fees through 12/17/06 | $ 4,092.76 | |
| Stipulated Attorneys Fees | $    617.00 | |
| Additional attorney fees (estimate) | $    510.00 | |
| Subtotal | | $95,043.57 |

**Laborers District Council**

| | | |
|---|---:|---:|
| Dues (11/06-12/06) | $1,213.29 | |
| Liquidated Damages (11/06-12/06) | $   121.33 | |
| Subtotal | | $  1,334.62 |
| | **TOTAL** | **$ 96,378.19** |

3.  The Installment Note indicates that two payments of four-thousand dollars ($4,000.00) shall be made, with an initial payment to be received by the Funds by February 20, 2007 and the second payment to be received by the Funds on March 15, 2007, and thereafter, ten (10) equal monthly payments will be made to the Funds in the amount of eight thousand six hundred and thirty two dollars and fifty two cents ($8,632.52), beginning April 15, 2007 and ending January 15, 2008, inclusive, as follows:

| DUE DATE | AMOUNT DUE | REGULAR REPORT AND CONTRIBUTION |
|---|---|---|
| 02/20/07 | $4,000.00 | January 2007 |
| 03/15/07 | $4,000.00 | February 2007 |
| 04/15/07 | $8,632.52 | March 2007 |
| 05/15/07 | $8,632.52 | April 2007 |
| 06/15/07 | $8,632.52 | May 2007 |
| 07/15/07 | $8,632.52 | June 2007 |
| 08/15/07 | $8,632.52 | July 2007 |
| 09/15/07 | $8,632.52 | August 2007 |
| 10/15/07 | $8,632.52 | September 2007 |
| 11/15/07 | $8,632.52 | October 2007 |
| 12/15/07 | $8,632.52 | November 2007 |
| 01/15/08 | $8,632.52 | December 2007 |

2

4.    Company and Hildebrandt will make all payments required by this Settlement Agreement by certified funds in the name of Fox Valley Laborers Benefit Funds and will remit the payment due under this Agreement and the Installment Note to the Funds' lockbox:  75 Remittance Drive, Suite 1504, Chicago, IL 60675-1504

5.    The parties agree that this Settlement Agreement is conditioned on the Company and Hildebrandt remaining current in the obligations due under the Installment Note and its regular monthly contributions and dues to the Funds and the District Council as required by the CBA. In the event the Company and Hildebrandt fails to make any payment by the due date set forth herein, including payments for regular contributions and dues, or materially breaches any term of this Settlement Agreement or the Installment Note, Company and Hildebrandt shall be deemed in Default.  In the event of such breach, the Company and Hildebrandt shall be entitled to written notice of any breach and shall have seven (7) calendar days from the date of any such written notice of the breach, to cure the breach.  The seven (7) days given to cure the breach shall commence with the date the written notice is mailed or faxed.  Any written notice of the breach of this Agreement shall be sent to the Samuel Harrod IV, attorney for the Company and Hildebrandt, by both certified and regular mail and facsimile service to Samuel Harrod IV at the address and facsimile provided in paragraph 12.  Any written notice of any delinquency and/or breach shall specifically point out the breach and shall specifically state what action is needed by the Company and/or Hildebrandt to cure the breach.  If the Company and/or Hildebrandt does not cure the delinquency and/or breach within the time provided for herein, notwithstanding the terms of paragraph 2, the Funds may immediately seek collection of the balance of the full amount due of ninety-six thousand three hundred seventy eight dollars and nineteen cents ($96,378.19) as reflected in paragraph 2, plus any additional attorneys fees and costs incurred in pursuing collection, liquidated damages, and interest on any unpaid delinquencies under the terms of the Note and/or the Company's obligations under its CBA and the Funds' Trust Agreements, or both, without any further notice.

6.  The Company and/or Hildebrandt shall be in Default in the event of any one of, but not limited to, the following:

·    Company and/or Hildebrandt fails to make any payment as required herein or by the Installment Note, and fails to cure said delinquency within seven (7) days of written notice to cure;

·    Company and/or Hildebrandt fails to submit its regular monthly contribution report, dues report, or payment ("remittance obligations") to the Funds and/or District Council by its due date, including its January 2007 remittance obligations and fails to cure said delinquency within seven days of written notice to cure;

·    Company and/or Hildebrandt fails to complete the Financing Statement and execute the Security Agreement as set forth herein;

·    Company and/or Hildebrandt fails to make any payment required by this Agreement or

3

the Installment Note by certified funds.

- Company and/or Hildebrandt fails to comply with its obligations set forth in paragraph 8 below.

7. The parties agree that the Security Agreement that Company and Hildebrandt agree to provide as set forth herein shall not be recorded with the Illinois Secretary of State unless and until the Company and/or Hildebrandt fails to cure the defaults as defined in paragraphs 5 and 6 above, at which time, the Funds shall have the immediate right to record the Security Agreement without further notice and the Company and Hildebrandt shall be liable for any costs related to the filing and any collection costs, including attorneys' fees incurred by the Funds.

8. Hildebrandt and the Company affirmatively state that they are actively pursuing obtaining a loan for the Company. The Funds' agreement not to immediately record the Security Agreement is based in reliance upon the Company's and Hildebrandt's representations that the Company is pursuing a loan. The Company and Hildebrandt agree that within five business days of receiving funding on any loan, they will pay to the Funds a minimum of sixty ( 60%) percent of the balance then due under the Note. If the Company and Hildebrandt fail to make the required payment to the Funds within five business days of receiving loan distributions, the Funds reserve the right to immediately record the Security Agreement. Company and Hildebrandt further agree that upon securing financing and paying a minimum of 60% of the balance due under the Installment Note, the Company and Hildebrandt agree to execute a new Installment Note for the remaining balance due, with said Installment Note containing the same terms and conditions as set forth herein (including but not limited to, 9% interest, monthly payments in the amount of $8,632.52), but for a shorter term, with the number of monthly installments not to exceed three (3) consecutive months.

9. Company acknowledges that nothing in this Agreement shall release the Company and/or Hildebrandt from any liability arising from any period after the work month of December 2006. In addition, nothing in this Agreement shall release the Company and/or Hildebrandt from any claims the Funds may have against it arising from any payroll audit of the Company's records, for any period of time, even those otherwise covered by this Agreement. If any audit of the Company's records reveals additional amounts owing to the Funds, even those subject to a bona-fide dispute between the parties, the Funds reserve the right to collect said amounts, by any lawful means available to them.

10. Upon executing this Settlement Agreement, the Security Agreement and the Installment Note, and upon receipt of the Initial Payment and January 2007's regular contributions and dues, the Funds shall apply a previous payment of $7,070.00 for amounts due as premiums for the Company's non-bargaining unit employees and shall pay any outstanding claims associated therewith pursuant to the terms of the governing Plan rules and the Funds will agree to voluntarily dismiss, without prejudice, the Lawsuit, against all parties, in the case No. 06 C 5753, captioned as *Shales, et al. v. Hildebrandt Paving, Ltd., et al.* Subject to the remaining terms contained in this Settlement Agreement, the Funds reserve the right to reinstate the Lawsuit or to initiate a new lawsuit to collect any amounts due herein or otherwise.

4

11.     The Company and/or Hildebrandt shall have the right to prepay the entire amount or increase the monthly installment payment amounts due under the Installment Note prior to the date upon which such payment is due without penalty and without payment of any non-accrued interest. Upon written request, the Funds shall provide the Company or Hildebrandt with the pay-off amount in the event of prepayment of the sums due.

12.     Notices required under the terms of this Settlement Agreement and the Installment Note shall be sent to the parties entitled to such notice at the following addresses:

Hildebrandt Paving, Ltd.  
c/o Roger T. Stelle, Registered Agent  
1515 E. Woodfield Rd., 2nd Floor  
Schaumburg, IL 60173  
Facsimile: (847) 330-1231  

Craig Hildebrandt  
37 Ione Drive, Unit A  
South Elgin, IL 60177  
Facsimile: _____  

Samuel Harrod IV  
Meltzer, Purtill & Stelle, LLC  
1515 E. Woodfield Rd., 2nd Floor  
Schaumburg, IL 60173  
Facsimile: (847) 330-1231  

13.     This Agreement shall be governed by the laws of the United States and the State of Illinois.

14.     All obligations under this Agreement and the Installment Note are joint and several.

15.     This Agreement may be signed in separate counterparts which will have the same effect as if signed in one document. A faxed copy of this Agreement and/or the Installment Note, shall be as valid as an original. In the event that one or more of the provisions of this Agreement shall, for any reason, be held to be illegal or unenforceable, this Agreement shall be revised only to the extent necessary to make such provision(s) legal and enforceable.

16.     This Agreement, along with the Installment Note and Security Agreement, constitutes and contains the entire agreement and understanding regarding the settlement of the claims asserted by the Funds concerning the subject matters addressed herein between the parties, and supersedes and replaces all prior agreements between the Company and the Funds, proposed or otherwise, whether written or oral, concerning the subject matter hereof.

The parties acknowledge that they have read the foregoing Agreement, understand its contents, and accept and agree to the provisions it contains and hereby execute it voluntarily and with full understanding of its consequences.

5

**On behalf of Fox Valley & Vicinity Laborers' Health and Welfare Fund:**

By: _____     Date: ___3/1/07___
Mike Shales, Chairman

By: _____     Date: ___3/1/07___
~~Toby Koth~~, Secretary
Daniel Breje

**On behalf of Fox Valley & Vicinity Laborers' Pension Fund:**

By: _____     Date: ___3/1/07___
Mike Shales, Chairman

By: _____     Date: ___3/1/07___
Toby Koth, Secretary

**On behalf of Hildebrandt Paving, Ltd.:**

By: _____     Date: ___2/20/07___

Name: ___Craig Hildebrandt___

Title: ___VP___

**By Craig Hildebrandt, individually:**

Signature: _____     Date: ___2/20/07___

Printed Name: ___Craig Hildebrandt___

6

**On behalf of Fox Valley & Vicinity Laborers' Health and Welfare Fund:**

By:_____          Date:_____
Mike Shales, Chairman


By:_____          Date:_____
Toby Koth, Secretary

**On behalf of Fox Valley & Vicinity Laborers' Pension Fund:**

By:_____          Date:_____
Mike Shales, Chairman

By:_____          Date:_____
Toby Koth, Secretary

**On behalf of Hildebrandt Paving, Ltd.:**

By:_____          Date: 2/20/07
Name: _Craig Hildebrandt_
Title: _UP_

**By Craig Hildebrandt, individually:**

Signature: _____          Date: 2/20/07
Printed Name: _Craig Hildebrandt_

6

## PROMISSORY NOTE

Principal Amount:   $90,000.00

   For value received, Hildebrandt Paving, Ltd. ("Company") and Craig Hildebrandt ("Hildebrandt") promise to pay to the order of FOX VALLEY & VICINITY LABORERS FUNDS (the "Funds"), the total amount due in twelve (12) monthly installments and payable on the fifteenth (15th) day of each month by certified funds, with an initial down payment of four-thousand dollars ($4,000.00), the installments to include principal plus interest at nine percent (9%) compounded monthly on the declining balance. Company and Hildebrandt promise to pay such payments as set forth on the schedule below.

| DUE DATE | AMOUNT DUE | REGULAR REPORT AND CONTRIBUTION |
|----------|------------|----------------------------------|
| 02/20/07 | $4,000.00  | January 2007   |
| 03/15/07 | $4,000.00  | February 2007  |
| 04/15/07 | $8,632.52  | March 2007     |
| 05/15/07 | $8,632.52  | April 2007     |
| 06/15/07 | $8,632.52  | May 2007       |
| 07/15/07 | $8,632.52  | June 2007      |
| 08/15/07 | $8,632.52  | July 2007      |
| 09/15/07 | $8,632.52  | August 2007    |
| 10/15/07 | $8,632.52  | September 2007 |
| 11/15/07 | $8,632.52  | October 2007   |
| 12/15/07 | $8,632.52  | November 2007  |
| 01/15/08 | $8,632.52  | December 2007  |

   In addition to the foregoing, Company and Hildebrandt promise to timely submit regular reports and contributions due and owing for the months of January 2007 and subsequent months.

   Upon failure to cure a default in the payment of any such installment within seven (7) days of written notice to Hildebrandt's attorney, including current contributions, the whole of the principal sum then remaining unpaid hereon shall be due, at the option of the holder thereof. In the case of any payment herein provided for not being made as herein provided, Company and Hildebrandt further promise to pay all costs of collection and reasonable attorney's fees incurred by said Funds as a result of such default.

All payments shall be made to FOX VALLEY & VICINITY LABORERS FUNDS.

To secure payment of this note, the undersigned hereby authorize, irrevocably, any attorney of any Court of record to appear for the undersigned, in such Court, in term time or vacation, at any time after default, and confess judgment, without process, in favor of said Funds, their successors or assigns, for the unpaid balance, together with costs and reasonable attorney's, and to waive and release all errors which may intervene in such judgment, hereby ratifying and confirming all that the said attorney may do by virtue hereof. The makers hereby waive presentment for payment, notice of dishonor and protest. The obligations hereunder shall be joint and several.

The terms of this Installment Note shall be read in conjunction with the Settlement Agreement executed between the parties and to which this Installment Note is attached. Should there be a conflict between the terms of this Installment Note and the Settlement Agreement, the terms of the Settlement Agreement shall control except to the extent that nothing contained in the Settlement Agreement or otherwise shall negate the personal liability of Craig Hildebrandt for the obligations due pursuant to the Settlement Agreement and Installment Note.

Hildebrandt Paving Ltd.

(By) _Craig Hildebrandt_

_V.P_
(Title)

Craig Hildebrandt, individually

DATED: _2/20/07_

## AFFIDAVIT OF PATRICIA M. SHALES

**COUNTY OF KANE**    )
                        ) SS
**STATE OF ILLINOIS**    )

I, Patricia M. Shales, of full age, being duly sworn on my oath, hereby depose and say as follows:

1.    I am the Administrative Manager of the Fox Valley Laborers Fringe Benefit Funds, (the "Funds") and in such capacity, have personal knowledge of the matters contained in this affidavit, and if necessary, I could testify to the facts contained herein.

2.    I have responsibility for maintaining Hildebrandt Paving, Ltd.'s account with respect to the Funds in this matter. Furthermore, I am in charge of keeping and maintaining records of contribution reports and contributions received by the Funds from each person, firm and corporation required to make contributions to the Funds. I have similar responsibilities on behalf of Plaintiffs for employers who are signatory to collective bargaining agreements with the Laborers' District Council and/or Fox Valley area local unions requiring employer contributions to the Funds.

3.    Pursuant to the terms of the collective bargaining agreements, signatory employers are required to make contributions to the Funds on behalf of their covered employees.

4.    Defendant Hildebrandt Paving Ltd. (hereinafter "Defendant Company") is signatory on the collective bargaining agreements. As a result, Defendant Company was required to file monthly reports and contribute $11.07 per hour, per employee to the Funds for relevant periods beginning January 2006; $12.47 per hour, per employee to the Funds for relevant periods beginning in November 2006; and $13.87 per hour, per employee to the Funds for relevant periods beginning June 1, 2007. Moreover, employers bound by the collective bargaining agreements are required

EXHIBIT
tabbies
___


RECEIVED
JAN 29 2008
F.V. LABORERS

to submit $0.12 per hour worked by their employees for Labor Management Cooperation Committee ("LMCC") contributions, and $0.05 per hour worked by their employees for Laborers-Employers Cooperation and Education Trust ("LECET") contributions, and $0.08 per hour worked by their employees for Illinois Small Pavers' Association ("ISPA") contributions.

5.    An employee's hourly wages are set forth in the collective bargaining agreement and vary depending upon whether the employee is entitled to overtime or other premiums. Employers bound by the collective bargaining agreements must deduct and remit one and three quarters percent (1.75%) of the employees' gross wages as union dues for periods prior to June 1, 2007 and two and three quarters percent (2.75%) for periods after June 1, 2007.

6.    Under the collective bargaining agreements and trust agreements, delinquent contributions to the Funds incur liquidated damages of 20% once a lawsuit is filed; delinquent contributions to the ancillary funds and delinquent union dues incur liquidated damages of 10%; and under the labor agreement and trust agreements, employers are liable for interest on delinquent contributions at a rate of 2% compounded monthly until paid, and auditor's fees, attorneys' fees and other costs of collection.

7.    On or about February 20, 2007, the Defendant Company entered into a promissory note (hereinafter "the Note") and Settlement Agreement to pay to the Funds $90,000.00 (hereinafter "Note principal") plus interest at a rate of 9% compounded monthly on the declining balance in twelve monthly installments according to the following schedule:

| DUE DATE | AMOUNT DUE | REGULAR REPORT & CONTRIBUTION |
|----------|------------|-------------------------------|
| 02/20/07 | $4,000.00 | January 2007 |
| 03/15/07 | $4,000.00 | February 2007 |
| 04/15/07 | $8,632.52 | March 2007 |

RECEIVED
JAN 2 9 2008
F.V. LABORERS

2

| 05/15/07 | $8,632.52 | April 2007 |
| 06/15/07 | $8,632.52 | May 2007 |
| 07/15/07 | $8,632.52 | June 2007 |
| 08/15/07 | $8,632.52 | July 2007 |
| 09/15/07 | $8,632.52 | August 2007 |
| 10/15/07 | $8,632.52 | September 2007 |
| 11/15/07 | $8,632.52 | October 2007 |
| 12/15/07 | $8,632.52 | November 2007 |
| 01/15/08 | $8,632.52 | December 2007 |

8.    The actual amounts owed under the Note was $96,378.19; however, for settlement

purposes, the Funds agreed to accept $90,000.00 as settlement in full of the amounts due under the

Note.  Notwithstanding, pursuant to Paragraph 5 of the Note, if the Note was breached, the

settlement would be void and the Funds could pursue and collect the balance of the full amounts due,

$96,378.19, plus any additional attorneys' fees and costs, liquidated damages, and interest on any

unpaid delinquencies under the terms of the Note and/or the Company's collective bargaining

agreement.

9.    The Defendant Company's owner and/or officer, Defendant Craig Hildebrandt

("Hildebrandt"), signed the Note in his individual capacity as a personal guarantor of the Note and

Settlement Agreement obligations.

10.    Hildebrandt and the Defendant Company agreed to timely remit all

installments due under the Note, as well as regular reports and contributions due and owing for the

months of January 2007 and subsequent months or be in default of the Note and Settlement

Agreement.

11.    The Defendant Company and Hildebrandt made the initial payment of

$4,000.00 and six subsequent installments; however, despite demand being duly made, Defendant

RECEIVED
JAN 2 9 2008
F.V. LABORERS

3

Company and Hildebrandt have not paid any of the subsequent installments due under the Note.

12.     By failing to remit all installments due under the Note and remaining current in its monthly obligations, the Defendant Company and Hildebrandt have breached the terms of the Installment Note and defaulted on the Note.

13.     As a result of their breach, Defendant Company and Hildebrandt are jointly liable for the Note balance of $45,828.57, which reflects the total due of $96,378.19 plus interest on the Note's accelerated balance at a rate of 9% per month compounded totaling $3,298.57, less payments made of $53,848.19.

14.     In addition to breaching the Note, from July 2007 to September 2007, the Defendant Company has failed to remit timely reports and contributions to the Funds and has failed to deduct and remit amounts owed to the District Council for wage deductions owed for the work months of June 2007 through September 2007. The Defendant Company has also incurred 10% liquidated damages to the District Council for its untimely remittance of its May 2007 dues, and unremitted dues for June 2007 through September 2007.

15.     Based on work hours and gross wages reported to the Plaintiffs by the Defendant Company for the relevant period of May 2007 through September 2007, the Defendant Company owes the following amounts for unpaid contributions, dues, and liquidated damages:

|  | Benefit Funds | District Council |
|---|---|---|
| Contributions/Dues (06/07-09/07) | $ 40,881.84 | $ 3,524.08 |
| Liquidated Damages @ 20%/10% | $  8,176.37 | $   352.41 |
| Accumulated Liquidated Damages (05/07) |  | $    56.21 |
| Total | $ 49,058.21 | $ 3,932.70 |

See Also Exhibit "1".

RECEIVED
JAN 29 2008
F.V. LABORERS

4

16.    Pursuant to the terms of the Installment Note and Settlement Agreement, which Hildebrandt signed in his individual capacity, Hildebrandt is jointly and severally liable with the Defendant Company for all unpaid contributions owed for the work months of June 2007 through the September 2007.

17.    Under the terms of the Defendant Company's collective bargaining agreement, Defendant Company must also pay all reasonable attorneys' fees and costs of collection.

18.    Pursuant to the terms of the Note and Settlement Agreement, the Defendant Company and Hildebrandt are jointly liable for those attorneys' fees and costs, as well as any additional attorneys' fees and costs incurred by the Funds related to this action.

19.    The principal amount due under the Note includes attorneys' fees and costs in the amount of $5,219.76, which includes fees and costs the Plaintiffs incurred as of the date of the Note's execution as result of their attempts to collect the amounts as reflected in the Note, but does not include additional attorneys' fees incurred after the Note's execution.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

_____
Patricia M. Shales

Subscribed and sworn to by
Patricia M. Shales, whose signature
is known to me, this 30nt day of
January, 2008,

_____
Notary Public

```
"OFFICIAL SEAL"
ELSA I. CONTRERAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/14/2009
```

5

RECEIVED
JAN 2 9 2008
F.V. LABORERS

## HILDEBRANDT PAVING LTD
### PO BOX 685
### ELGIN, IL 60121

**CONTRACTOR # 101522**

| REPORT MONTH | NUMBER OF HOURS | TOTAL GROSS | DUES OWED | LDCMC OWED | LECET OWED | ISPA OWED | TOTAL DELINQUENT |
|---|---|---|---|---|---|---|---|
| Jun-07 | 1169.75 | $40,018.36 | $1,100.50 | $140.37 | $58.49 | $93.58 | $1,392.94 |
| Jul-07 | 523.75 | $17,967.13 | $494.10 | $62.85 | $26.19 | $41.90 | $625.03 |
| Aug-07 | 697 | $24,132.90 | $663.65 | $83.64 | $34.86 | $55.76 | $837.90 |
| Sep-07 | 557 | $19,235.08 | $528.96 | $66.84 | $27.86 | $44.56 | $668.21 |

| | |
|---|---|
| TOTAL DELINQUENT | $3,524.08 |
| 10% LIQUIDATED DAMAGES | $352.41 |
| ACCUMULATED LIQUIDATED DAMAGES (05/07) | $56.21 |
| TOTAL AMOUNT DUE | 3,932.70 |

**COMPANY IS ALSO DELINQUENT OCTOBER 2007**

AS OF 12/10/2007


EXHIBIT
C-1

### AFFIDAVIT OF MICHELE M. REYNOLDS

COUNTY OF COOK     )
                           ) SS
STATE OF ILLINOIS    )

      I, Michele M. Reynolds, of full age, being duly sworn on my oath, hereby depose and say as follows:

      1.      I am an attorney admitted to the regular and trial bar of this Court and the State of Illinois.

      2.      I am an associate in the firm Dowd, Bloch & Bennett where I practice exclusively in the areas of ERISA, labor and employment law. In this position I have responsibility in representing Plaintiffs in case number 07-C-6976.

      3.      This affidavit is based on my personal knowledge and, if necessary, I could testify to the facts contained in this affidavit.

      4.      The Plaintiffs' claims against the Defendants are for delinquent reports and contributions due to employee fringe benefit funds under Section 515 of ERISA, 29 U.S.C. §1145, delinquent union dues and industry fund contributions enforceable under Section 301 of the Labor-Management Relations Act, 29 U.S.C. §185, and for breach of an Installment Note and Settlement Agreement.

      5.      Pursuant to the terms of that Installment Note and Settlement Agreement, the Defendants are jointly liable for the attorneys' fees and costs incurred by the Funds related to this action, including the attorneys' fees and costs set forth in the Note totaling $5,219.76, which is based upon those fees and costs the Plaintiffs incurred as of the date of the Note's execution as result of their attempts to collect the amounts as reflected in the Note, but does not include additional



**EXHIBIT**

D

attorneys' fees incurred after the Note's execution.

6.     As reflected in Exhibit "1" to this affidavit, to date, the Firm has devoted a total of 84.10 hours to the representation of the Fox Valley Laborers' Health and Welfare Fund and the Fox Valley Laborers' Pension Fund (collectively the "Funds") in connection with this case. This includes time spent since the execution of the Note in conferring with my client regarding strategy and progress regarding collections, preparing demand letters, engaging in settlement negotiations, discussing payment options and resolution of unpaid amounts with the Defendants and/or their attorney, representative or other interested parties, researching the Defendant company's corporate structure, recording the Defendants' Security Agreement, conducting a UCC filing search, reviewing documents from the Illinois Secretary of State and other UCC filings, meeting with the Defendants and their representatives regarding resolution of the delinquencies, reviewing contract language related to a proposed sale of the Defendant Company, investigating the potential auction of the Defendant Company's assets, preparing the complaint and related documents, discussing service on the Defendants with the process servers, reviewing Orders entered in this matter and notifying the Defendants of the same, calculating the amount of the Defendants' debts, and preparing the motion for default judgment and related documents. The Firm has expended an additional 1.8 hours not reflected in Exhibit "1" related solely to the finalization and filing of this motion, for a total of 85.90 hours incurred through the filing of this motion.

7.     The rate which our firm charges the Funds for my work as a senior associate is $175.00 an hour; $155.00 per hour for the work of other associates; $200.00 for Mr. J. Peter Dowd; $115.00 for law clerks and $95.00 for paralegals.

8.     I anticipate I will devote at least three additional hours to the case in preparing for and

2

attending the hearing on this motion, examining any order or orders that may be entered, and informing my client and the defendants of the results; and I therefore seek recovery on behalf of the Funds the charge which will be made for three hours of my time in addition to the 85.90 hours described in ¶6, for a total of 88.90 hours.

9.     Based on 88.90 hours of work which the firm performed or will perform on behalf of the Funds, the Funds will incur attorneys' fees in the amount of $14,632.50, less $5,219.76 is the attorneys' fees and costs included in the Note, for a total attorneys' fees due of $9,412.74.

10.     In addition, the Funds have incurred costs in the amount of $1,349.84, which includes those costs incurred after the Note's execution totaling $705.52 for the following: $350.00 for filing fee, $60.81 for postage, $130.00 for process service, $9.26 for LEXIS research charges, $30.00 for fees related to the UCC recording, and $125.45 for mileage and parking fees related to counsel's meeting with the Defendants and their representatives.

11.     Accordingly, the Funds have incurred or will incur additional attorneys' fees and costs in the amount of $10,118.26, which does not include those attorneys' fees and costs included in the Note.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

Michele M. Reynolds

Subscribed and sworn to
before me this _5th_ day of
_February_, 2008

Notary Public

"OFFICIAL SEAL"
ANNA MARIE HERNANDEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/7/2009

3

DOWD, BLOCH & BENNETT
Attorney Hours

---

Selection Criteria

---

| Slip.Date | Earliest - 1/25/2008 |
| Slip.Slip Type | Time |
| Slip.Classification | Open; Inactive |
| Client (hand select) | Include: L FVCOLL  192 |
| Reference (hand sel | Include: HILDEBRANDT PAVING LTD. |

---

Totals for

| | | | |
|---|---|---|---|
| EIC | Billable | 2.00 | $190.00 |
| | Unbillable | 0.00 | $0.00 |
| | Total | 2.00 | $190.00 |
| FJ | Billable | 2.15 | $204.25 |
| | Unbillable | 0.00 | $0.00 |
| | Total | 2.15 | $204.25 |
| JPD | Billable | 4.20 | $840.00 |
| | Unbillable | 0.00 | $0.00 |
| | Total | 4.20 | $840.00 |
| LMK | Billable | 31.60 | $4,898.00 |
| | Unbillable | 0.00 | $0.00 |
| | Total | 31.60 | $4,898.00 |
| MMR | Billable | 42.90 | $7,507.50 |
| | Unbillable | 0.25 | $43.75 |
| | Total | 43.15 | $7,551.25 |
| NTV | Billable | 0.35 | $33.25 |
| | Unbillable | 0.00 | $0.00 |
| | Total | 0.35 | $33.25 |
| SWJ | Billable | 0.90 | $139.50 |
| | Unbillable | 0.00 | $0.00 |
| | Total | 0.90 | $139.50 |
| Grand Total | Billable | 84.10 | $13,812.50 |
| | Unbillable | 0.25 | $43.75 |
| | Total | 84.35 | $13,856.25 |



1/31/2008                         DOWD, BLOCH & BENNETT
3:57 PM                               Slip Listing                    Page     1

---

Selection Criteria

---

Slip.Classification    Open
Slip.Date              Earliest - 1/25/2008
Client (hand select    Include: L FVCOLL 192
Reference (hand s      Include: HILDEBRANDT PAVING LTD.

---

Rate Info - identifies rate source and level

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 93848 | TIME | | MMR | 0.15 | 175.00 | 26.25 |
| 8/30/2006 | | | LABOR | 0.00 | C@2 | |
| Billed | G:10565 | 9/29/2006 | L FVCOLL 192 | | | |
| Review and revise letter to company; notes HILDEBRANDT PAVIN | | | | 0.00 | | |
| to L. Kinsey-Sallis. | | | | | | |
| 93962 | TIME | | LMK | 0.75 | 155.00 | 116.25 |
| 8/30/2006 | | | LABOR | 0.00 | C@4 | |
| Billed | G:10565 | 9/29/2006 | L FVCOLL 192 | | | |
| Review company's participation agreement; HILDEBRANDT PAVIN | | | | 0.00 | | |
| review letter from P. Shales and | | | | | | |
| contribution history reports from P. Shales; | | | | | | |
| draft demand letter to company regarding | | | | | | |
| contribution amounts and notifying it of | | | | | | |
| termination of coverage. | | | | | | |
| 93973 | TIME | | LMK | 0.05 | 155.00 | 7.75 |
| 8/30/2006 | | | LABOR | 0.00 | C@4 | |
| Billed | G:10565 | 9/29/2006 | L FVCOLL 192 | | | |
| Telephone conference with D. Ayala | | | HILDEBRANDT PAVIN | 0.00 | | |
| regarding whether any amounts owed for | | | | | | |
| dues for Hildebrandt and Lanas | | | | | | |
| Construction. | | | | | | |
| 95788 | EXP | | EIC | 1 | 9.76 | 9.76 |
| 8/30/2006 | | | PETTY CASH | | | |
| Billed | G:10565 | 9/29/2006 | L FVCOLL 192 | | | |
| Expense: Certified Letter / Return Receipt HILDEBRANDT PAVIN | | | | | | |
| Requested to company and to President | | | | | | |
| regarding Hildebrandt Paving Ltd. | | | | | | |

| Slip ID Dates and Time Posting Status Description | | | Attorney Activity Client Reference | Units DNB Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 94809 9/7/2006 Billed | TIME G:10753 | 11/3/2006 | LMK LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.10 0.00 0.00 | 155.00 C@4 | 15.50 |
| Telephone conference with company's attorney regarding establishing a payment plan to allow company to become current; discuss same with M. Reynolds. | | | | | | |
| 94848 9/11/2006 Billed | TIME G:10753 | 11/3/2006 | LMK LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.20 0.00 0.00 | 155.00 C@4 | 31.00 |
| Search corporate information; contact company to obtain attorney's contact information; contact attorney to request status of submission of request to pay amounts owed to the Fund through payment plan. | | | | | | |
| 95020 9/13/2006 Billed | TIME G:10753 | 11/3/2006 | MMR LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.15 0.00 0.00 | 175.00 C@2 | 26.25 |
| Email to/from K. Dahlberg regarding partial payment; email to/from D. Ayala; discuss case with L. Kinsey-Sallis. | | | | | | |
| 95043 9/13/2006 Billed | TIME G:10753 | 11/3/2006 | LMK LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.30 0.00 0.00 | 155.00 C@4 | 46.50 |
| Review email correspondence from K. Dahlberg regarding receipt of contributions and letter from attorney regarding proposed payment plan; telephone conference with K. Dahlberg regarding proposal; telephone conference with company's attorney regarding Funds response to proposal. | | | | | | |
| 95089 9/15/2006 Billed | TIME G:10753 | 11/3/2006 | LMK LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.10 0.00 0.00 | 155.00 C@4 | 15.50 |
| Telephone conference with S. Harrod regarding company's 6/06 - 7/06 reports. | | | | | | |
| 95828 9/18/2006 Billed | TIME G:10753 | 11/3/2006 | LMK LABOR L FVCOLL 192 | 0.25 0.00 | 155.00 C@4 | 38.75 |

1/31/2008
3:57 PM

DOWD, BLOCH & BENNETT
Slip Listing

Page    3

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Review company's 6/06 - 8/06 reports; discuss reports and payment schedule with K. Dahlberg; contact company attorney to discuss. | HILDEBRANDT PAVIN | 0.00 | | |
| 95834          TIME 9/19/2006 Billed          G:10753     11/3/2006 Contact D. Ayala to discuss company's report for 6/06 - 8/06; prepare correspondence to D. Ayala regarding reports. | LMK LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.15 0.00 0.00 | 155.00 C@4 | 23.25 |
| 95623          TIME 9/20/2006 Billed          G:10753     11/3/2006 Email from/to L. Kinsey-Sallis regarding proposed note. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.10 0.00 0.00 | 175.00 C@2 | 17.50 |
| 95630          TIME 9/21/2006 Billed          G:10753     11/3/2006 Email from K. Dahlberg regarding status; discuss with L. Kinsey-Sallis. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.20 0.00 0.00 | 175.00 C@2 | 35.00 |
| 95943          TIME 9/21/2006 Billed          G:10753     11/3/2006 Follow up with S. Harrod regarding status of installment note; review correspondence from K. Dahlberg regarding status; discuss with M. Reynolds; send correspondence to K. Dahlberg. | LMK LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.25 0.00 0.00 | 155.00 C@4 | 38.75 |
| 95946          TIME 9/22/2006 Billed          G:10753     11/3/2006 Telephone conference with K. Dahlberg regarding Hildebrandt Pavind Company promissory note and attorney's fees. | LMK LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.10 0.00 0.00 | 155.00 C@4 | 15.50 |
| 95952          TIME 9/22/2006 Billed          G:10753     11/3/2006 Draft letter to Hildebrandt regarding | LMK LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.50 0.00 0.00 | 155.00 C@4 | 77.50 |

1/31/2008                              DOWD, BLOCH & BENNETT
3:57 PM                                    Slip Listing                              Page     5

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|

telephone conference with S. Harrod
regarding coverage of non-bargaining unit
employees and company's delinquencies.

| | | | | |
|---|---|---|---|---|
| 96957 | TIME | LMK | 0.40 | 155.00 | 62.00 |

96957          TIME              LMK                      0.40      155.00      62.00
10/4/2006                        LABOR                    0.00       C@6
Billed         G:10835  11/30/2006 L FVCOLL 192
Conference with M. Reynolds regarding  HILDEBRANDT PAVIN      0.00
company's proposal; compare with amounts
owed; conference call with S. Harrod;
discuss with K. Dahlberg; review written
correspondence from company regarding
proposal; discuss with M. Reynolds and
send correspondence to K. Dahlberg.

97320          TIME              MMR                      0.35      175.00      61.25
10/4/2006                        LABOR                    0.00       C@2
Billed         G:10835  11/30/2006 L FVCOLL 192
Email from K. Dahlberg; discuss with L.  HILDEBRANDT PAVIN      0.00
Kinsey-Sallis; telephone call to S. Harrod
(leave message); review letter with offer;
follow up discussions with L. Kinsey-Sallis.

97027          TIME              LMK                      0.50      155.00      77.50
10/6/2006                        LABOR                    0.00       C@6
Billed         G:10835  11/30/2006 L FVCOLL 192
Discuss Fund's counterproposal with M.  HILDEBRANDT PAVIN      0.00
Reynolds; draft letter to S. Harrod with
Fund's proposal; calculate amounts due thru
10/6; edit letter to S. Harrod.

97360          TIME              MMR                      0.20      175.00      35.00
10/6/2006                        LABOR                    0.00       C@2
Billed         G:10835  11/30/2006 L FVCOLL 192
Review and revise letter to S. Harrod.   HILDEBRANDT PAVIN      0.00

97369          TIME              MMR                      0.10      175.00      17.50
10/6/2006                        LABOR                    0.00       C@2
Billed         G:10835  11/30/2006 L FVCOLL 192
Review K. Dahlberg's email; discuss with  HILDEBRANDT PAVIN      0.00
L. Kinsey-Sallis.

97189          TIME              LMK                      0.30      155.00      46.50
10/9/2006                        LABOR                    0.00       C@6
Billed         G:10835  11/30/2006 L FVCOLL 192

1/31/2008
3:57 PM

DOWD, BLOCH & BENNETT
Slip Listing

Page      6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Telephone conference with S. Harrod<br>regarding reinstatement of coverage for<br>non-bargaining employees; discuss with K.<br>Dahlberg. | | HILDEBRANDT PAVIN | 0.00 | | |
| 97494 | TIME | LMK | 1.10 | 155.00 | 170.50 |
| 10/10/2006 | | LABOR | 0.00 | C@6 | |
| Billed | G:10835        11/30/2006 | L FVCOLL  192 | | | |
| Review correspondence from K. Dahlberg<br>regarding Hildebrandt's response to Fund's<br>counter proposal; contact her to discuss;<br>review note and amortizaion schedule; send<br>email to K. Dahlberg regarding note<br>principal; send correspondence to S.<br>Harrod; telephone conference with S.<br>Harrod regarding revised note. | | HILDEBRANDT PAVIN | 0.00 | | |
| 97528 | TIME | LMK | 0.25 | 155.00 | 38.75 |
| 10/11/2006 | | LABOR | 0.00 | C@6 | |
| Billed | G:10835        11/30/2006 | L FVCOLL  192 | | | |
| Discuss progress of resolution and<br>coverage issues with M. Reynolds and K.<br>Dahlberg. | | HILDEBRANDT PAVIN | 0.00 | | |
| 97417 | TIME | MMR | 0.40 | 175.00 | 70.00 |
| 10/12/2006 | | LABOR | 0.00 | C@2 | |
| Billed | G:10835        11/30/2006 | L FVCOLL  192 | | | |
| Telephone conference with S. Herrod and<br>L. Kinsey-Sallis; telephone conference with<br>K. Dahlberg; review letter. | | HILDEBRANDT PAVIN | 0.00 | | |
| 97536 | TIME | LMK | 0.60 | 155.00 | 93.00 |
| 10/12/2006 | | LABOR | 0.00 | C@6 | |
| Billed | G:10835        11/30/2006 | L FVCOLL  192 | | | |
| Conference with M. Reynolds regarding<br>status of note and resolution of delinquency;<br>conference with M. Reynolds and S.<br>Harrod; conference call with K. Dahlberg;<br>prepare letter to S. Harrod regarding<br>coverage and payment plan prepayment<br>issues. | | HILDEBRANDT PAVIN | 0.00 | | |
| 97425 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 10/13/2006 | | LABOR | 0.00 | C@2 | |
| Billed | G:10835        11/30/2006 | L FVCOLL  192 | | | |

1/31/2008                              DOWD, BLOCH & BENNETT
3:57 PM                                    Slip Listing                    Page      8


| Slip ID | Attorney | Units | Rate | Slip Value |
|---------|----------|-------|------|-----------|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Reference | Variance | | |

| | | | | |
|---|---|---|---|---|
| Conference with M. Reynolds regarding status of resolving COBRA issue and security interest; follow up conference with M. Reynolds regarding suit and revisions to complaint; revise complaint; research personal address for C. Hildebrandt; contact K. Dahlberg; revise letter to S. Harrod. | HILDEBRANDT PAVIN | 0.00 | | |
| **98554**   EXP | LMK | 1 | 350.00 | 350.00 |
| 10/23/2006 | EX | | | |
| Billed    G:10835    11/30/2006 | L FVCOLL  192 | | | |
| Expense: Complaint filing fee regarding Hildebrandt Paving, ltd. | HILDEBRANDT PAVIN | | | |
| **98960**   TIME | MMR | 1.20 | 175.00 | 210.00 |
| 10/23/2006 | LABOR | 0.00 | C@2 | |
| Billed    G:10835    11/30/2006 | L FVCOLL  192 | | | |
| Discuss follow up with L. Kinsey-Sallis; review letter from company regarding COBRA; discuss COBRA issue with J. Lannoye; on-line legal review of COBRA preemption; telephone conference with K. Dahlberg; prepare notice to S. Harrod; review complaint. | HILDEBRANDT PAVIN | 0.00 | | |
| **98744**   TIME | LMK | 0.10 | 155.00 | 15.50 |
| 10/24/2006 | LABOR | 0.00 | C@6 | |
| Billed    G:10835    11/30/2006 | L FVCOLL  192 | | | |
| Telephone conference with K. Dahlberg regarding personal address for C. Hildebrandt and status of lawsuit. | HILDEBRANDT PAVIN | 0.00 | | |
| **99002**   TIME | MMR | 0.20 | 175.00 | 35.00 |
| 10/24/2006 | LABOR | 0.00 | C@2 | |
| Billed    G:10835    11/30/2006 | L FVCOLL  192 | | | |
| Telephone conference with K. Dahlberg regarding notice to Trustees; review fax from S. Harrod; prepare fax to K. Dahlberg. | HILDEBRANDT PAVIN | 0.00 | | |
| **98759**   TIME | LMK | 0.15 | 155.00 | 23.25 |
| 10/25/2006 | LABOR | 0.00 | C@6 | |
| Billed    G:10835    11/30/2006 | L FVCOLL  192 | | | |
| Conference with M. Reynolds regarding | HILDEBRANDT PAVIN | 0.00 | | |

1/31/2008                          DOWD, BLOCH & BENNETT
3:57 PM                                Slip Listing                    Page      9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| status of lawsuit; telephone conference with P. Ducar regarding holding off on service of complaints and summonses. | | | | |
| 99022<br>10/25/2006<br>Billed          G:10835     11/30/2006<br>Telephone conference with K. Dahlberg regarding meeting with C. Hildebrandt; discuss hold on lawsuit with K. Dahlberg and L. Kinsey-Sallis. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.40<br>0.00<br><br>0.00 | 175.00<br>C@2 | 70.00 |
| 99254<br>10/27/2006<br>Billed          G:10835     11/30/2006<br>Telephone conference with P. Ducar regarding service. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@2 | 17.50 |
| 103855<br>10/31/2006<br>Billed          G:11138     1/26/2007<br>Expense: Lexis research regarding Hildebrandt Paving Ltd. | EXP<br>EX<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 1 | 5.28 | 5.28 |
| 99719<br>11/6/2006<br>Billed          G:10999     12/27/2006<br>Telephone conference with K. Dahlberg regarding status in case. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@2 | 17.50 |
| 99753<br>11/7/2006<br>Billed          G:10999     12/27/2006<br>Telephone conference with D. Ayala regarding status of collections. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@2 | 17.50 |
| 100463<br>11/7/2006<br>Billed          G:10999     12/27/2006<br>Telephone conference with K. Dahlberg regarding status. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@6 | 15.50 |
| 100227<br>11/9/2006<br>Billed          G:10999     12/27/2006 | TIME<br>LABOR<br>L FVCOLL  192 | 0.10<br>0.00 | 175.00<br>C@2 | 17.50 |

1/31/2008                           DOWD, BLOCH & BENNETT
3:57 PM                                Slip Listing                    Page      10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Email from K. Dahlberg; discuss with L.<br>Kinsey-Sallis. | HILDEBRANDT PAVIN | 0.00 | | |
| **100491**          TIME<br>11/9/2006<br>Billed          G:10999      12/27/2006<br>Telephone conference with K. Dahlberg<br>regarding proceeding with suit; discuss with<br>M. Reynolds; telephone conference with P.<br>Ducar regarding proceeding with service. | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.25<br>0.00<br><br>0.00 | 155.00<br>C@6 | 38.75 |
| **100673**          TIME<br>11/16/2006<br>Billed          G:10999      12/27/2006<br>Telephone conference with P. Ducar<br>regarding status of service on corporation. | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@6 | 15.50 |
| **101089**          TIME<br>11/20/2006<br>Billed          G:10999      12/27/2006<br>Telephone conference with D. Ayala<br>regarding status. | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@6 | 15.50 |
| **101617**          TIME<br>11/28/2006<br>Billed          G:10999      12/27/2006<br>Telephone conference with D. Ayala<br>regarding collection efforts; telephone<br>conference with T. Koth. | MMR<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.20<br>0.00<br><br>0.00 | 175.00<br>C@2 | 35.00 |
| **101798**          TIME<br>11/28/2006<br>Billed          G:10999      12/27/2006<br>Telephone conference with P. Ducar<br>regarding status of service on individual<br>defendants. | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@6 | 15.50 |
| **101661**          TIME<br>11/29/2006<br>Billed          G:10999      12/27/2006<br>Discuss case status, dues claim with L.<br>Kinsey-Sallis. | MMR<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.15<br>0.00<br><br>0.00 | 175.00<br>C@2 | 26.25 |

1/31/2008                               DOWD, BLOCH & BENNETT
3:57 PM                                      Slip Listing                        Page    11

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 101821 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 11/29/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:10999 | 12/27/2006 | L FVCOLL 192 | | | |
| Conference with M. Reynolds regarding | | | HILDEBRANDT PAVIN | 0.00 | | |
| movement with Dues Fund in collecting | | | | | | |
| dues and status of complaint. | | | | | | |
| 102385 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 12/1/2006 | | | LABOR | 0.00 | C@2 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Email from D. Ayala regarding payment; | | | HILDEBRANDT PAVIN | 0.00 | | |
| email L. Kinsey-Sallis. | | | | | | |
| 104235 | TIME | | FJ | 0.50 | 95.00 | 47.50 |
| 12/4/2006 | | | LABOR | 0.00 | C@4 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| E-file 4 return of service for summons | | | HILDEBRANDT PAVIN | 0.00 | | |
| regarding Fox Valley Funds/Hildebrant | | | | | | |
| Paving. | | | | | | |
| 102248 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 12/5/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Review note from M. Reynolds regarding | | | HILDEBRANDT PAVIN | 0.00 | | |
| default judgment, send email to K. | | | | | | |
| Dahlberg. | | | | | | |
| 102453 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 12/5/2006 | | | LABOR | 0.00 | C@2 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Review four affidavits regarding service; | | | HILDEBRANDT PAVIN | 0.00 | | |
| docket answer dates; prepare note to L. | | | | | | |
| Kinsey-Sallis regarding follow up. | | | | | | |
| 102257 | TIME | | LMK | 1.15 | 155.00 | 178.25 |
| 12/6/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Prepare motion for default judgment against | | | HILDEBRANDT PAVIN | 0.00 | | |
| company and related documents. | | | | | | |
| 102262 | TIME | | LMK | 1.25 | 155.00 | 193.75 |
| 12/7/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Telephone conference with K. Dahlberg | | | HILDEBRANDT PAVIN | 0.00 | | |
| regarding amounts due; continue preparing | | | | | | |

1/31/2008
3:57 PM

DOWD, BLOCH & BENNETT
Slip Listing

Page    12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | motion for judgment by default; prepare<br>notice of motion and certificate of service;<br>discuss motion with M. Reynolds; revise<br>motion and related documents; prepare for<br>e-filing. | | | |
| 102479<br>12/7/2006<br>Billed        G:11138        1/26/2007<br>Review and revise motion for default and<br>related documents; discuss order and case<br>with L. Kinsey-Sallis. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.40<br>0.00<br><br>0.00 | 175.00<br>C@2 | 70.00 |
| 102494<br>12/8/2006<br>Billed        G:11138        1/26/2007<br>Review and revise motion and exhibits;<br>prepare for e-filing; prepare fax to P.<br>Shales. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.40<br>0.00<br><br>0.00 | 175.00<br>C@2 | 70.00 |
| 104237<br>12/11/2006<br>Billed        G:11138        1/26/2007<br>E-file motion for default judgment, order,<br>exhibits A-C, certificate of service and<br>notice of motion for Fox Valley<br>Funds/Hildebrant Paving. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.80<br>0.00<br><br>0.00 | 95.00<br>C@4 | 76.00 |
| 104329<br>12/11/2006<br>Billed        G:11138        1/26/2007<br>Expense: Photocopying regarding<br>Hildebrandt Paving Ltd. | EXP<br>EX<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 1 | 10.50 | 10.50 |
| 104381<br>12/12/2006<br>Billed        G:11138        1/26/2007<br>Expense: Service regarding Hildebrandt<br>Paving, Ltd. | EXP<br>EX<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 1 | 238.00 | 238.00 |
| 103189<br>12/13/2006<br>Billed        G:11138        1/26/2007<br>Review and docket defendants motion to<br>file answer. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@2 | 17.50 |

1/31/2008                                DOWD, BLOCH & BENNETT
3:57 PM                                        Slip Listing                          Page    13

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---------|---|---|----------|-------|------|------------|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 102801 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 12/14/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Review company's motion for leave to file | | | HILDEBRANDT PAVIN | 0.00 | | |
| answer to complaint and appearance; | | | | | | |
| discuss with M. Reynolds. | | | | | | |
| | | | | | | |
| 103219 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 12/14/2006 | | | LABOR | 0.00 | C@2 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Prepare for 12/18/06 hearing. | | | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | | | |
| 103242 | TIME | | MMR | 0.60 | 175.00 | 105.00 |
| 12/18/2006 | | | LABOR | 0.00 | C@2 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Prepare for and attend hearing before | | | HILDEBRANDT PAVIN | 0.00 | | |
| Judge Coar. | | | | | | |
| | | | | | | |
| 103087 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 12/20/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Review order from court; docket calendar. | | | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | | | |
| 103309 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 12/20/2006 | | | LABOR | 0.00 | C@2 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Review 12/20/06 minute order; docket | | | HILDEBRANDT PAVIN | 0.00 | | |
| dates. | | | | | | |
| | | | | | | |
| 103114 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 12/21/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Conference with M. Reynolds regarding | | | HILDEBRANDT PAVIN | 0.00 | | |
| proceding on motion for attorneys by | | | | | | |
| stipulation and agreed order. | | | | | | |
| | | | | | | |
| 103122 | TIME | | LMK | 0.15 | 155.00 | 23.25 |
| 12/22/2006 | | | LABOR | 0.00 | C@6 | |
| Billed | G:11138 | 1/26/2007 | L FVCOLL 192 | | | |
| Telephone conference with S. Harrod | | | HILDEBRANDT PAVIN | 0.00 | | |
| regarding whether company would agree to | | | | | | |
| stipulate to attorney's fees owed for motion | | | | | | |
| for default judgment. | | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 104443<br>1/3/2007<br>Billed<br>Conference with M. Reynolds regarding<br>stipulation to attorney fees for motion for<br>default judgment; review itemization and<br>costs associated with presentment and<br>preparation of motion for default against<br>company; prepare joint stipulation as to fees. | TIME<br><br>G:11458 | <br><br>3/6/2007 | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.50<br>0.00<br><br>0.00 | 155.00<br>C@5 | 77.50 |
| 104466<br>1/4/2007<br>Billed<br>Revise stipulation to fees incurred regarding<br>motion for default judgment; prepare fax to<br>S. Harrod for approval and of signature. | TIME<br><br>G:11458 | <br><br>3/6/2007 | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.30<br>0.00<br><br>0.00 | 155.00<br>C@5 | 46.50 |
| 104627<br>1/4/2007<br>Billed<br>Revise joint stipulation for attorneys fees. | TIME<br><br>G:11458 | <br><br>3/6/2007 | MMR<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.25<br>0.00<br><br>0.00 | 175.00<br>C@3 | 43.75 |
| 104711<br>1/8/2007<br>Billed<br>Send email to K. Dahlberg regarding status. | TIME<br><br>G:11458 | <br><br>3/6/2007 | MMR<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.15<br>0.00<br><br>0.00 | 175.00<br>C@3 | 26.25 |
| 104749<br>1/9/2007<br>Billed<br>Review email from L. Kinsey-Sallis. | TIME<br><br>G:11458 | <br><br>3/6/2007 | MMR<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.05<br>0.00<br><br>0.00 | 175.00<br>C@3 | 8.75 |
| 105322<br>1/9/2007<br>Billed<br>Telephone conference with S. Harrod<br>regarding stipulation to attorney's fees and<br>cost (leave message); send email to M.<br>Reynolds regarding status. | TIME<br><br>G:11458 | <br><br>3/6/2007 | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@5 | 15.50 |
| 105338<br>1/10/2007<br>Billed<br>Review message from S. Harrod regarding<br>stipulation to attorney's fees; contact S. | TIME<br><br>G:11458 | <br><br>3/6/2007 | LMK<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.25<br>0.00<br><br>0.00 | 155.00<br>C@5 | 38.75 |

1/31/2008                          DOWD, BLOCH & BENNETT
3:57 PM                               Slip Listing                    Page    15

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Harrod (leave message); prepare stipulation exhibit for e-filing; discuss with M. Reynolds. | | | | |
| 106543       TIME<br>1/11/2007<br>Billed       G:11458    3/6/2007<br>E-file joint stipulation, exhibit A, certificate of service and notice of filing. | FJ<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.85<br>0.00<br><br>0.00 | 95.00<br>C@7 | 80.75 |
| 105543       TIME<br>1/16/2007<br>Billed       G:11458    3/6/2007<br>Review company's answer to complaint and affirmative defense. | LMK<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.20<br>0.00<br><br>0.00 | 155.00<br>C@5 | 31.00 |
| 106075       TIME<br>1/18/2007<br>Billed       G:11458    3/6/2007<br>Review email to K. Dahlberg regarding reports received and amounts due for 11/06 - 12/06. | LMK<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@5 | 15.50 |
| 105682       TIME<br>1/19/2007<br>Billed       G:11458    3/6/2007<br>Email K. Dahlberg; review file and defendants' answer to complaint; telephone conference with K. Dahlberg; telephone conference with D. Ayala; compute amounts due; telephone conference with S. Harrod; email to S. Harrod. | MMR<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.70<br>0.00<br><br>0.00 | 175.00<br>C@3 | 122.50 |
| 106100       TIME<br>1/19/2007<br>Billed       G:11458    3/6/2007<br>Review email from M. Reynolds to K. Dahlberg regarding company's answer to complaint; respond to email; discuss answer with M. Reynolds; review email from M. Reynolds to S. Harrod regarding breakdown of amounts due. | LMK<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.15<br>0.00<br><br>0.00 | 155.00<br>C@5 | 23.25 |

1/31/2008                         DOWD, BLOCH & BENNETT
3:57 PM                              Slip Listing                  Page     16

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 105707 | TIME | | MMR | 1.00 | 175.00 | 175.00 |
| 1/22/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |
| Prepare for and attend hearing before | | | HILDEBRANDT PAVIN | 0.00 | | |
| Judge Coar; review file; email K. Dahlberg | | | | | | |
| regarding discovery; prepare letter to P. | | | | | | |
| Shales with payment. | | | | | | |
| 106959 | TIME | | LMK | 0.15 | 155.00 | 23.25 |
| 1/22/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |
| Conference with M. Reynolds regarding | | | HILDEBRANDT PAVIN | 0.00 | | |
| impropriety of company's answer to | | | | | | |
| complaint and striking the answer. | | | | | | |
| 106034 | TIME | | MMR | 0.05 | 175.00 | 8.75 |
| 1/23/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |
| Email from K. Dahlberg. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 106226 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 1/24/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |
| Telephone call to S. Harrod (leave | | | HILDEBRANDT PAVIN | 0.00 | | |
| message). | | | | | | |
| 106996 | TIME | | LMK | 0.15 | 155.00 | 23.25 |
| 1/25/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |
| Conference with M. Reynolds regarding | | | HILDEBRANDT PAVIN | 0.00 | | |
| company's failure to respond to demand for | | | | | | |
| resolution and research regarding striking | | | | | | |
| improper response to complaint. | | | | | | |
| 107040 | TIME | | MMR | 0.15 | 175.00 | 26.25 |
| 1/25/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |
| Telephone call to S. Harrod (leave | | | HILDEBRANDT PAVIN | 0.00 | | |
| message); discuss follow up with L. | | | | | | |
| Kinsey-Sallis. | | | | | | |
| 107005 | TIME | | LMK | 2.85 | 155.00 | 441.75 |
| 1/26/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |
| Review company's answer to complaint; | | | HILDEBRANDT PAVIN | 0.00 | | |

1/31/2008                          DOWD, BLOCH & BENNETT
3:57 PM                               Slip Listing              Page    17

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |

review federal rules 12(f) and 8(b); start
draft of motion to strike answer.

| 107106 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
|---|---|---|---|---|---|---|
| 1/29/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |

Review mail from P. Shales with copy of   HILDEBRANDT PAVIN        0.00
contract.

| 106920 | TIME | | LMK | 0.75 | 155.00 | 116.25 |
|---|---|---|---|---|---|---|
| 1/30/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |

Continue review of research and draft of   HILDEBRANDT PAVIN        0.00
motion to strike defendant's answer to the
complaint.

| 106602 | TIME | | SWJ | 0.60 | 155.00 | 93.00 |
|---|---|---|---|---|---|---|
| 1/31/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |

Edit citations on motion to strike.          HILDEBRANDT PAVIN        0.00

| 106944 | TIME | | LMK | 0.55 | 155.00 | 85.25 |
|---|---|---|---|---|---|---|
| 1/31/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |

Discuss motion to strike with M. Reynolds; HILDEBRANDT PAVIN        0.00
make revisions to motion and prepare
motion and exhibits for e-filing; discuss
citation check with S. Jados.

| 107164 | TIME | | MMR | 1.10 | 175.00 | 192.50 |
|---|---|---|---|---|---|---|
| 1/31/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11458 | 3/6/2007 | L FVCOLL 192 | | | |

Review and revise motion to strike answer; HILDEBRANDT PAVIN        0.00
research; telephone conference with K.
Dahlberg regarding discovery and motion to
strike answer.

| 111445 | EXP | | MD | 1 | 26.13 | 26.13 |
|---|---|---|---|---|---|---|
| 1/31/2007 | | | EX | | | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL 192 | | | |

Expense: Lexis research regarding        HILDEBRANDT PAVIN
Hildebrandt Paving, LTD.

1/31/2008                          DOWD, BLOCH & BENNETT
3:57 PM                                  Slip Listing                        Page    18

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---------|--|--|----------|-------|------|------------|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 109180 | EXP | | EIC | 1 | 4.65 | 4.65 |
| 2/1/2007 | | | EX | | | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL 192 | | | |
| Expense: Photocopying regarding | | | HILDEBRANDT PAVIN | | | |
| Hildebrandt Paving Ltd. | | | | | | |
| | | | | | | |
| 107342 | TIME | | MMR | 0.60 | 175.00 | 105.00 |
| 2/2/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL 192 | | | |
| Review settlement offer from S. Harrod; | | | HILDEBRANDT PAVIN | 0.00 | | |
| telephone conference with S. Harrod; | | | | | | |
| prepare letter to P. Shales; prepare fax to | | | | | | |
| P. Shales. | | | | | | |
| | | | | | | |
| 107380 | TIME | | MMR | 1.00 | 175.00 | 175.00 |
| 2/5/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL 192 | | | |
| Telephone conference with P. Shales and | | | HILDEBRANDT PAVIN | 0.00 | | |
| K. Dahlberg regarding settlement offer; | | | | | | |
| prepare letter to S. Harrod; telephone call | | | | | | |
| to S. Harrod; prepare draft proposed | | | | | | |
| scheduling order. | | | | | | |
| | | | | | | |
| 107559 | TIME | | LMK | 0.15 | 155.00 | 23.25 |
| 2/5/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL 192 | | | |
| Review letter from M. Reynolds to | | | HILDEBRANDT PAVIN | 0.00 | | |
| company regarding settlement; updated | | | | | | |
| collections report. | | | | | | |
| | | | | | | |
| 107396 | TIME | | MMR | 1.30 | 175.00 | 227.50 |
| 2/6/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL 192 | | | |
| Telephone conference with S. Harrod | | | HILDEBRANDT PAVIN | 0.00 | | |
| regarding settlement; review defendants' | | | | | | |
| counter-offer; finalize scheduling report and | | | | | | |
| order; prepare fax to S. Harrod; e-file; | | | | | | |
| deliver courtesy copy to court; recalculate | | | | | | |
| payment plan. | | | | | | |
| | | | | | | |
| 110166 | TIME | | EIC | 0.50 | 95.00 | 47.50 |
| 2/6/2007 | | | LABOR | 0.00 | C@7 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL 192 | | | |
| E-file Rule 26(f) report, notice, certificate | | | HILDEBRANDT PAVIN | 0.00 | | |
| of service and proposed order. | | | | | | |

1/31/2008                                DOWD, BLOCH & BENNETT
3:57 PM                                       Slip Listing                          Page    19

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 107426<br>2/7/2007 | TIME | | MMR<br>LABOR | 1.20<br>0.00 | 175.00<br>C@3 | 210.00 |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Telephone call to S. Harrod; email from/to HILDEBRANDT PAVIN<br>S. Harrod; prepare fax to P. Shales;<br>prepare notes regarding recommendation;<br>telephone conference with P. Shales;<br>multiple telephone conferences with S.<br>Harrod; prepare for 2/8 status. | | | | 0.00 | | |
| 107862<br>2/8/2007 | TIME | | MMR<br>LABOR | 0.80<br>0.00 | 175.00<br>C@3 | 140.00 |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Attend status before Judge Coar; email S. HILDEBRANDT PAVIN<br>Harrod. | | | | 0.00 | | |
| 107869<br>2/9/2007 | TIME | | MMR<br>LABOR | 0.20<br>0.00 | 175.00<br>C@3 | 35.00 |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Review Judge Coar's 2/8 scheduling order; HILDEBRANDT PAVIN<br>docket dates. | | | | 0.00 | | |
| 107884<br>2/9/2007 | TIME | | MMR<br>LABOR | 0.10<br>0.00 | 175.00<br>C@3 | 17.50 |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Email from/to S. Harrod; review order fromHILDEBRANDT PAVIN<br>Magistrate Judge Brown. | | | | 0.00 | | |
| 107928<br>2/12/2007 | TIME | | MMR<br>LABOR | 0.30<br>0.00 | 175.00<br>C@3 | 52.50 |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Telephone conference with P. Shales;<br>email S. Harrod; prepare financial<br>information request. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 108024<br>2/13/2007 | TIME | | MMR<br>LABOR | 0.20<br>0.00 | 175.00<br>C@3 | 35.00 |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Discuss settlement agreement with L.<br>Kinsey-Sallis. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 108433<br>2/13/2007 | TIME | | LMK<br>LABOR | 2.50<br>0.00 | 155.00<br>C@5 | 387.50 |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Conference with M. Reynolds regarding | | | HILDEBRANDT PAVIN | 0.00 | | |

1/31/2008                           DOWD, BLOCH & BENNETT
3:57 PM                                 Slip Listing                    Page    20

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Reference | Variance | | |

preparation of settlement documents;
review correspondence between Dowd,
Bloch & Bennett and company's attorney
regarding settlement terms; prepare
settlement agreement, installment notes and
security agreement.

| 108050 | TIME | MMR | 0.80 | 175.00 | 140.00 |
|---|---|---|---|---|---|
| 2/14/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:11702    3/30/2007 | L FVCOLL  192 | | | |

Email from/to S. Harrod; review and revise HILDEBRANDT PAVIN    0.00
settlement agreement and installment note;
telephone conference with K. Dahlberg.

| 108453 | TIME | LMK | 0.60 | 155.00 | 93.00 |
|---|---|---|---|---|---|
| 2/14/2007 | | LABOR | 0.00 | C@5 | |
| Billed | G:11702    3/30/2007 | L FVCOLL  192 | | | |

Revise settlement agreement and                HILDEBRANDT PAVIN    0.00
installment note; discuss with M. Reynolds.

| 108271 | TIME | MMR | 0.90 | 175.00 | 157.50 |
|---|---|---|---|---|---|
| 2/15/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:11702    3/30/2007 | L FVCOLL  192 | | | |

Continue review and revisions to settlement HILDEBRANDT PAVIN    0.00
agreement, note, and security agreement;
telephone conference with K. Dahlberg
regarding settlement documents, email from
S. Harrod; review amended answer.

| 108192 | TIME | MMR | 1.30 | 175.00 | 227.50 |
|---|---|---|---|---|---|
| 2/16/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:11702    3/30/2007 | L FVCOLL  192 | | | |

Review and revise settlement agreement,    HILDEBRANDT PAVIN    0.00
note and security agreement based on S.
Harrod's comments; email S. Harrod;
multiple revisions and emails regarding
changes to agreements.

| 108208 | TIME | MMR | 0.20 | 175.00 | 35.00 |
|---|---|---|---|---|---|
| 2/19/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:11702    3/30/2007 | L FVCOLL  192 | | | |

Email from/to S. Harrod regarding           HILDEBRANDT PAVIN    0.00
non-bargaining unit employees.

1/31/2008                          DOWD, BLOCH & BENNETT
3:57 PM                                Slip Listing                    Page    21

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 108683 | TIME | | MMR | 0.40 | 175.00 | 70.00 |
| 2/20/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Email to/from K. Dahlberg; telephone | | | HILDEBRANDT PAVIN | 0.00 | | |
| conference with K. Dahlberg regarding | | | | | | |
| coverage for non-bargaining unit | | | | | | |
| employees; emails from/to S. Harrod; | | | | | | |
| prepare for 2/21 hearing. | | | | | | |
| 108701 | TIME | | MMR | 0.70 | 175.00 | 122.50 |
| 2/21/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Appear before Judge Brown for status; | | | HILDEBRANDT PAVIN | 0.00 | | |
| email from/to S. Harrod regarding | | | | | | |
| settlement and additional documents; | | | | | | |
| telephone conference with K. Dahlberg | | | | | | |
| regarding insurance for non-bargaining unit; | | | | | | |
| email S. Harrod. | | | | | | |
| 109002 | TIME | | MMR | 0.15 | 175.00 | 26.25 |
| 2/26/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Review letter and settlement documents | | | HILDEBRANDT PAVIN | 0.00 | | |
| from S. Harrod. | | | | | | |
| 109044 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 2/28/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Email S. Harrod regarding financial | | | HILDEBRANDT PAVIN | 0.00 | | |
| information form. | | | | | | |
| 110192 | TIME | | JPD | 0.30 | 200.00 | 60.00 |
| 2/28/2007 | | | LABOR | 0.00 | C@1 | |
| Billed | G:11702 | 3/30/2007 | L FVCOLL  192 | | | |
| Review file and settlement agreement. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 116023 | EXP | | MD | 1 | 2.81 | 2.81 |
| 2/28/2007 | | | EX | | | |
| Billed | G:12039 | 5/25/2007 | L FVCOLL  192 | | | |
| Expense:  Lexis research regarding | | | HILDEBRANDT PAVIN | | | |
| Hildebrandt Paving, LTD. | | | | | | |
| 110027 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 3/1/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11881 | 4/30/2007 | L FVCOLL  192 | | | |

DOWD, BLOCH & BENNETT
Slip Listing

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Email from S. Harrod; review request for financial information. | HILDEBRANDT PAVIN | 0.00 | | |
| 110034              TIME 3/2/2007 Billed          G:11881        4/30/2007 Revise financial information request; prepare stipulation to dismiss; email S. Harrod; prepare letter to S. Harrod. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.50 0.00 0.00 | 175.00 C@3 | 87.50 |
| 110253              TIME 3/6/2007 Billed          G:11881        4/30/2007 Email from/to P. Shales; prepare fax to P. Shales. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.10 0.00 0.00 | 175.00 C@3 | 17.50 |
| 110621              TIME 3/9/2007 Billed          G:11881        4/30/2007 Review documents received from S. Harrod; prepare fax to P. Shales. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.15 0.00 0.00 | 175.00 C@3 | 26.25 |
| 111006              TIME 3/12/2007 Billed          G:11881        4/30/2007 Email to S. Harrod. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.10 0.00 0.00 | 175.00 C@3 | 17.50 |
| 111050              TIME 3/13/2007 Billed          G:11881        4/30/2007 Review email from S. Harrod. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.05 0.00 0.00 | 175.00 C@3 | 8.75 |
| 112058              TIME 3/26/2007 Billed          G:11881        4/30/2007 Review file; email K. Dahlberg. | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 0.15 0.00 0.00 | 175.00 C@3 | 26.25 |
| 112198              TIME 3/27/2007 Billed          G:11881        4/30/2007 Review email from K. Dahlberg; email from/to S. Harrod regarding financial documents; review financial documents; email S. Harrod; prepare documents for e-filing case dismissal; telephone call to | MMR LABOR L FVCOLL  192 HILDEBRANDT PAVIN | 1.00 0.00 0.00 | 175.00 C@3 | 175.00 |

1/31/2008                           DOWD, BLOCH & BENNETT
3:57 PM                                 Slip Listing                          Page    23


| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |

Judge Brown's clerk (leave message).

| | | | | | | |
|---|---|---|---|---|---|---|
| 112272 | TIME | | NTV | 0.35 | 95.00 | 33.25 |
| 3/27/2007 | | | LABOR | 0.00 | C@7 | |
| Billed | G:11881 | 4/30/2007 | L FVCOLL  192 | | | |
| E-file stipulation for voluntary dismissal. (Paralegal.) | | | HILDEBRANDT PAVIN | 0.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112339 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 3/28/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:11881 | 4/30/2007 | L FVCOLL  192 | | | |
| Review 3/27/07 minute order dismissing case. | | | HILDEBRANDT PAVIN | 0.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114320 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 4/16/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12039 | 5/25/2007 | L FVCOLL  192 | | | |
| Email from/to K. Dahlberg regarding payment. | | | HILDEBRANDT PAVIN | 0.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114341 | TIME | | MMR | 0.40 | 175.00 | 70.00 |
| 4/17/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12039 | 5/25/2007 | L FVCOLL  192 | | | |
| Email from/to K. Dahlberg; prepare letter to company and attorney regarding default and notice to cure. | | | HILDEBRANDT PAVIN | 0.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 116229 | EXP | | EIC | 1 | 13.92 | 13.92 |
| 4/18/2007 | | | PETTY CASH | | | |
| Billed | G:12039 | 5/25/2007 | L FVCOLL  192 | | | |
| Expense:  3 certified letters to C. Hildebrandt, R. Stelle and S. Harrod IV regarding Hildebrandt Paving, LTD. | | | HILDEBRANDT PAVIN | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114750 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 4/20/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12039 | 5/25/2007 | L FVCOLL  192 | | | |
| Email from/to K. Dahlberg; email from/to P. Shales. | | | HILDEBRANDT PAVIN | 0.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114800 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 4/23/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12039 | 5/25/2007 | L FVCOLL  192 | | | |
| Review message from S. Harrod. | | | HILDEBRANDT PAVIN | 0.00 | | |

1/31/2008                 DOWD, BLOCH & BENNETT
3:57 PM                     Slip Listing             Page    24

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | Variance | | |
| 114820 | TIME | MMR | 0.40 | 175.00 | 70.00 |
| 4/24/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12039   5/25/2007 | L FVCOLL  192 | | | |
| Telephone conference with S. Harrod; | | HILDEBRANDT PAVIN | 0.00 | | |
| telephone conference with P. Shales; | | | | | |
| telephone conference with K. Dahlberg; | | | | | |
| telephone conference with S. Harrod | | | | | |
| regarding extension to pay on note. | | | | | |
| 115924 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 4/27/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12039   5/25/2007 | L FVCOLL  192 | | | |
| Telephone conference with Fund Office | | HILDEBRANDT PAVIN | 0.00 | | |
| regarding note payment; telephone call to S. | | | | | |
| Harrod (leave mesage); telephone call from | | | | | |
| K. Dahlberg regarding payment. | | | | | |
| 116968 | TIME | MMR | 0.35 | 175.00 | 61.25 |
| 5/16/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12189   6/26/2007 | L FVCOLL  192 | | | |
| Review file; email K. Dahlberg; email from | | HILDEBRANDT PAVIN | 0.00 | | |
| K. Dahlberg; prepare letter to S. Harrod. | | | | | |
| 118938 | EXP | EIC | 1 | 15.63 | 15.63 |
| 5/16/2007 | | PETTY CASH | | | |
| Billed | G:12189   6/26/2007 | L FVCOLL  192 | | | |
| Expense: 3 certified letters to (1) S. | | HILDEBRANDT PAVIN | | | |
| Harrod IV, (1) R. Stelle, Reg. Agent and | | | | | |
| (1) C. Hildebrant regarding Hildebrandt | | | | | |
| Paving Ltd. on 5/16/07. | | | | | |
| 117000 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 5/17/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12189   6/26/2007 | L FVCOLL  192 | | | |
| Email from/to S. Harrod; email from/to P. | | HILDEBRANDT PAVIN | 0.00 | | |
| Shales regarding extension of time to pay. | | | | | |
| 117009 | TIME | MMR | 0.10 | 175.00 | 17.50 |
| 5/18/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12189   6/26/2007 | L FVCOLL  192 | | | |
| Email S. Harrod regarding extension of due | | HILDEBRANDT PAVIN | 0.00 | | |
| date. | | | | | |

1/31/2008
3:57 PM

DOWD, BLOCH & BENNETT
Slip Listing

Page    25

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 117160 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 5/21/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12189 | 6/26/2007 | L FVCOLL 192 | | | |
| Review revised note and settlement<br>agreement. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 117675 | TIME | | MMR | 0.05 | 175.00 | 8.75 |
| 5/23/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12189 | 6/26/2007 | L FVCOLL 192 | | | |
| Email from/to K. Dahlberg regarding<br>weekly payments. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 118486 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 5/31/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12189 | 6/26/2007 | L FVCOLL 192 | | | |
| Email from/to P. Shales and C. Zulpa;<br>email S. Harrod. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 119144 | TIME | | MMR | 0.30 | 175.00 | 52.50 |
| 6/1/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12298 | 7/31/2007 | L FVCOLL 192 | | | |
| Email S. Harrod; email from S. Harrod;<br>email P. Shales; telephone conference with<br>P. Shales. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 119196 | TIME | | MMR | 0.30 | 175.00 | 52.50 |
| 6/4/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12298 | 7/31/2007 | L FVCOLL 192 | | | |
| Telephone call to S. Harrod (leave<br>message); telephone call from S. Harrod;<br>email S. Harrod. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 119535 | TIME | | MMR | 0.15 | 175.00 | 26.25 |
| 6/11/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12298 | 7/31/2007 | L FVCOLL 192 | | | |
| Telephone conference with K. Dahlberg<br>regarding payment status; email S. Harrod. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 119761 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 6/12/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12298 | 7/31/2007 | L FVCOLL 192 | | | |
| Email from/to K. Dahlberg; email from and<br>to S. Harrod. | | | HILDEBRANDT PAVIN | 0.00 | | |

| Slip ID | Attorney | Units | Rate | Slip Value |
|---------|----------|-------|------|------------|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Reference | Variance | | |
| 119899         TIME | MMR | 0.05 | 175.00 | 8.75 |
| 6/15/2007 | LABOR | 0.00 | C@3 | |
| Billed         G:12298     7/31/2007 | L FVCOLL  192 | | | |
| Email K. Dahlberg regarding status of | HILDEBRANDT PAVIN | 0.00 | | |
| installment payments.  (Time divided - | | | | |
| 192/313.) | | | | |
| 120212         TIME | MMR | 0.25 | 175.00 | 43.75 |
| 6/18/2007 | LABOR | 0.00 | C@3 | |
| Billed         G:12298     7/31/2007 | L FVCOLL  192 | | | |
| Email from K. Dahlberg; email to/from S. | HILDEBRANDT PAVIN | 0.00 | | |
| Harrod; telephone call to C. Hildebrandt | | | | |
| (leave message). | | | | |
| 120431         TIME | MMR | 0.20 | 175.00 | 35.00 |
| 6/19/2007 | LABOR | 0.00 | C@3 | |
| Billed         G:12298     7/31/2007 | L FVCOLL  192 | | | |
| Telephone call from C. Hildebrandt; email | HILDEBRANDT PAVIN | 0.00 | | |
| to/from K. Dahlberg. | | | | |
| 122590         TIME | MMR | 0.20 | 175.00 | 35.00 |
| 7/16/2007 | LABOR | 0.00 | C@3 | |
| Billed         G:12512     8/29/2007 | L FVCOLL  192 | | | |
| Email from/to K. Dahlberg; email to L. | HILDEBRANDT PAVIN | 0.00 | | |
| Kinsey-Sallis; telephone call to C. | | | | |
| Hildebrandt. | | | | |
| 123030         TIME | LMK | 0.05 | 155.00 | 7.75 |
| 7/16/2007 | LABOR | 0.00 | C@5 | |
| Billed         G:12512     8/29/2007 | L FVCOLL  192 | | | |
| Review email from M. Reynolds regarding | HILDEBRANDT PAVIN | 0.00 | | |
| whether installment payments received. | | | | |
| (Time divided. - 192/313) | | | | |
| 122756         TIME | MMR | 0.40 | 175.00 | 70.00 |
| 7/17/2007 | LABOR | 0.00 | C@3 | |
| Billed         G:12512     8/29/2007 | L FVCOLL  192 | | | |
| Prepare letter to C. Hildebrandt regarding | HILDEBRANDT PAVIN | 0.00 | | |
| delinquency; telephone conference with C. | | | | |
| Hildebrandt; email to/from P. Shales. | | | | |
| 124187         EXP | EIC | 1 | 15.63 | 15.63 |
| 7/17/2007 | PETTY CASH | | | |
| Billed         G:12512     8/29/2007 | L FVCOLL  192 | | | |
| Expense: 3 certified letters to C. | HILDEBRANDT PAVIN | | | |

DOWD, BLOCH & BENNETT
Slip Listing                    Page    27

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Hildebrandt, R. Stelle and S. Harrod, IV regarding Hildebrandt Paving, LTD on 7/17/07. | | | | |
| 122884<br>7/18/2007<br>Billed          G:12512       8/29/2007<br>Review email from K. Dahlberg; telephone conference with K. Dahlberg. | TIME<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@3 | 17.50 |
| 123812<br>7/24/2007<br>Billed          G:12512       8/29/2007<br>Review email from K. Dahlberg regarding payment. | TIME<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@3 | 17.50 |
| 125428<br>8/10/2007<br>Billed          G:12703       9/26/2007<br>Email from/to K. Dahlberg regarding delinquencies; prepare letter to C. Hildebrandt regarding notice to cure. | TIME<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.35<br>0.00<br><br>0.00 | 175.00<br>C@3 | 61.25 |
| 125547<br>8/13/2007<br>Billed          G:12703       9/26/2007<br>Review delinquency notice from M. Reynolds and update report. | TIME<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@5 | 15.50 |
| 126807<br>8/13/2007<br>Billed          G:12703       9/26/2007<br>Expense: 3 certified letters to Hildebrandt Paving regarding Hildebrandt Paving Ltd. on 8/13/07. | EXP<br>PETTY CASH<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 1 | 15.63 | 15.63 |
| 125505<br>8/15/2007<br>Billed          G:12703       9/26/2007<br>Email to/from K. Dahlberg regarding note payment. | TIME<br>LABOR<br>L FVCOLL 192<br>HILDEBRANDT PAVIN | 0.05<br>0.00<br><br>0.00 | 175.00<br>C@3 | 8.75 |
| 125872<br>8/20/2007<br>Billed          G:12703       9/26/2007 | TIME<br>LABOR<br>L FVCOLL 192 | 0.10<br>0.00 | 175.00<br>C@3 | 17.50 |

1/31/2008                          DOWD, BLOCH & BENNETT
3:57 PM                              Slip Listing                    Page    28

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Reference | Variance | | |
| Email K. Dahlberg regarding June contribution payment. | HILDEBRANDT PAVIN | 0.00 | | |
| 126141  TIME | MMR | 0.30 | 175.00 | 52.50 |
| 8/21/2007 | LABOR | 0.00 | C@3 | |
| Billed  G:12703  9/26/2007 | L FVCOLL  192 | | | |
| Review email from K. Dahlberg; telephone call to C. Hildebrandt (leave message); telephone conference with P. Shales regarding request for additional time. | HILDEBRANDT PAVIN | 0.00 | | |
| 126158  TIME | MMR | 0.20 | 175.00 | 35.00 |
| 8/22/2007 | LABOR | 0.00 | C@3 | |
| Billed  G:12703  9/26/2007 | L FVCOLL  192 | | | |
| Telephone conference with C Hildebrandt regarding late payments and reports. | HILDEBRANDT PAVIN | 0.00 | | |
| 126871  TIME | LMK | 0.15 | 155.00 | 23.25 |
| 8/22/2007 | LABOR | 0.00 | C@5 | |
| Billed  G:12703  9/26/2007 | L FVCOLL  192 | | | |
| Review fax company; prepare email to M. Reynolds; review her response and prepare fax to K. Dahlberg. | HILDEBRANDT PAVIN | 0.00 | | |
| 127048  TIME | LMK | 0.40 | 155.00 | 62.00 |
| 8/31/2007 | LABOR | 0.00 | C@5 | |
| Billed  G:12703  9/26/2007 | L FVCOLL  192 | | | |
| Review email from M. Reynolds regarding recorded security agreement; review file; prepare financing statement. | HILDEBRANDT PAVIN | 0.00 | | |
| 127124  TIME | MMR | 0.40 | 175.00 | 70.00 |
| 8/31/2007 | LABOR | 0.00 | C@3 | |
| Billed  G:12703  9/26/2007 | L FVCOLL  192 | | | |
| Telephone conference with C. Hildebrandt; email from/to P. Shales; email L. Kinsey-Sallis regarding recording security agreement; discuss with P. Dowd; review UCC-1 filing. | HILDEBRANDT PAVIN | 0.00 | | |
| 127283  TIME | JPD | 0.30 | 200.00 | 60.00 |
| 8/31/2007 | LABOR | 0.00 | C@1 | |
| Billed  G:12703  9/26/2007 | L FVCOLL  192 | | | |
| Conference with M. Reynolds regarding continuation of delinquency filing of security | HILDEBRANDT PAVIN | 0.00 | | |

| 1/31/2008<br>3:57 PM | | DOWD, BLOCH & BENNETT<br>Slip Listing | | Page    29 |
| --- | --- | --- | --- | --- |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- |
| interest, role of factor (Bibby) in<br>non-payment. | | | | |
| 127805<br>9/4/2007<br>Billed        G:12832     10/26/2007<br>Discuss status of UCC filing with L.<br>Kinsey-Sallis. | TIME<br>LABOR<br>L FVCOLL   192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@3 | 17.50 |
| 127904<br>9/4/2007<br>Billed        G:12832     10/26/2007<br>Prepare letter to Secretary of State<br>regarding UCC filing to record security<br>agreement; prepare UCC form; discuss<br>status with M. Reynolds. | TIME<br>LABOR<br>L FVCOLL   192<br>HILDEBRANDT PAVIN | 0.35<br>0.00<br><br>0.00 | 155.00<br>C@5 | 54.25 |
| 130375<br>9/7/2007<br>Billed        G:12832     10/26/2007<br>Expense:  UCC Filing regarding<br>Hildebrandt Paving, LTD. | EXP<br>EX<br>L FVCOLL   192<br>HILDEBRANDT PAVIN | 1 | 30.00 | 30.00 |
| 128286<br>9/13/2007<br>Billed        G:12832     10/26/2007<br>Email from and to K. Dahlberg regarding<br>status of payment. | TIME<br>LABOR<br>L FVCOLL   192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@3 | 17.50 |
| 128306<br>9/14/2007<br>Billed        G:12832     10/26/2007<br>Telephone conference with C. Hildebrandt;<br>UCC search; email from and to P. Shales. | TIME<br>LABOR<br>L FVCOLL   192<br>HILDEBRANDT PAVIN | 0.40<br>0.00<br><br>0.00 | 175.00<br>C@3 | 70.00 |
| 128364<br>9/17/2007<br>Billed        G:12832     10/26/2007<br>Review documents from Secretary of State<br>regarding UCC filing; telephone conference<br>with C. Hildenbrandt; email from and to S.<br>Evers. | TIME<br>LABOR<br>L FVCOLL   192<br>HILDEBRANDT PAVIN | 0.30<br>0.00<br><br>0.00 | 175.00<br>C@3 | 52.50 |

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | Variance | | |
| 129070 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 9/18/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12832 | 10/26/2007 L FVCOLL 192 | | | |
| Review documents from company; prepare | | HILDEBRANDT PAVIN | 0.00 | | |
| fax to P. Shales. | | | | | |
| 129091 | TIME | MMR | 1.50 | 175.00 | 262.50 |
| 9/19/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12832 | 10/26/2007 L FVCOLL 192 | | | |
| Review documents in preparation of | | HILDEBRANDT PAVIN | 0.00 | | |
| meeting; meeting at Fund office with P. | | | | | |
| Shales, K. Dahlberg, C. Hildebrandt, M. | | | | | |
| Baines and C. Larsen; discuss documents | | | | | |
| needed for payment proposal. | | | | | |
| 129092 | TIME | MMR | 1.50 | 175.00 | 262.50 |
| 9/19/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12832 | 10/26/2007 L FVCOLL 192 | | | |
| Travel to and from meeting regarding | | HILDEBRANDT PAVIN | 0.00 | | |
| Hildbrandt Paving. | | | | | |
| 129107 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 9/20/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12832 | 10/26/2007 L FVCOLL 192 | | | |
| Review fax from D. Ayala; prepare fax to | | HILDEBRANDT PAVIN | 0.00 | | |
| M. Baines, C. Larsen and C. Hildebrandt. | | | | | |
| 129033 | TIME | LMK | 0.10 | 155.00 | 15.50 |
| 9/24/2007 | | LABOR | 0.00 | C@5 | |
| Billed | G:12832 | 10/26/2007 L FVCOLL 192 | | | |
| Conference with M. Reynolds regarding | | HILDEBRANDT PAVIN | 0.00 | | |
| recent developments in case and notate | | | | | |
| collection status report. | | | | | |
| 129148 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 9/24/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12832 | 10/26/2007 L FVCOLL 192 | | | |
| Review fax from C. Hildebrandt; prepare | | HILDEBRANDT PAVIN | 0.00 | | |
| fax to P. Shales; discuss K. Dahlberg. | | | | | |
| 129625 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 9/25/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12832 | 10/26/2007 L FVCOLL 192 | | | |
| Review letter from L. Montplaiser attorney | | HILDEBRANDT PAVIN | 0.00 | | |
| for Bibby; review new letter from | | | | | |

1/31/2008                              DOWD, BLOCH & BENNETT
3:57 PM                                    Slip Listing                      Page    31

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | | | | |

Hildebrandt; prepare fax to P. Shales;
telephone call to D. Ayala (leave message).

| 129648<br>9/26/2007<br>Billed         G:12832       10/26/2007<br>Telephone conference with K. Dahlberg<br>regarding revised settlement offer;<br>telephone conference with D. Ayala<br>regarding non-payment of dues. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.25<br>0.00<br><br>0.00 | 175.00<br>C@3 | 43.75 |
| 129687<br>9/28/2007<br>Billed         G:12832       10/26/2007<br>Telephone call to C. Hildebrandt (leave<br>message); telephone conference with C.<br>Hildebrandt; telephone call to M. Baines<br>(leave message); telephone conference<br>with M. Baines; telephone conference with<br>P. Shales and T. Koth. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.30<br>0.00<br><br>0.00 | 175.00<br>C@3 | 52.50 |
| 130394<br>10/1/2007<br>Billed         G:12952       12/3/2007<br>Conference with M. Reynolds regarding<br>update on collection and union job action;<br>notate report. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.05<br>0.00<br><br>0.00 | 155.00<br>C@5 | 7.75 |
| 130453<br>10/1/2007<br>Billed         G:12952       12/3/2007<br>Telephone conference with C. Hildebrandt;<br>telephone conference with P. Shales; email<br>from and to C. Hildebrandt. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.30<br>0.00<br><br>0.00 | 175.00<br>C@3 | 52.50 |
| 130810<br>10/1/2007<br>Billed         G:12952       12/3/2007<br>Conference with M. Reynolds regarding<br>settlement efforts, withdrawal of factor,<br>Bibby, from support for company. | TIME<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 200.00<br>C@1 | 20.00 |
| 130484<br>10/2/2007<br>Billed         G:12952       12/3/2007 | TIME<br>LABOR<br>L FVCOLL  192 | 0.90<br>0.00 | 175.00<br>C@3 | 157.50 |

1/31/2008                    DOWD, BLOCH & BENNETT
3:57 PM                        Slip Listing            Page    32

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Reference | Variance | | |
| Telephone conference with P. Shales; telephone conference with Bibby's attorney; telephone conference with M. Baines; telephone call to R. Patterson (leave message); telephone conference with P. Dowd, P. Shales, T. Koth. | HILDEBRANDT PAVIN | 0.00 | | |
| 130974    TIME | JPD | 0.90 | 200.00 | 180.00 |
| 10/2/2007 | LABOR | 0.00 | C@1 | |
| Billed    G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Conference with M. Reynolds regarding negotiations with company, Bibby; conference call with M. Reynolds to T. Koth, P. Shales. | HILDEBRANDT PAVIN | 0.00 | | |
| 130564    TIME | MMR | 1.30 | 175.00 | 227.50 |
| 10/3/2007 | LABOR | 0.00 | C@3 | |
| Billed    G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Email from C. Larson; telephone conference with C. Larson, Bibby, M. Barr, C. Hildebrandt; telephone conference with P. Shales, T. Koth; telephone call to M. Barr; telephone conference with C. Larson; request updated fees; revise memo to Board of Trustees. | HILDEBRANDT PAVIN | 0.00 | | |
| 130594    TIME | MMR | 0.60 | 175.00 | 105.00 |
| 10/3/2007 | LABOR | 0.00 | C@3 | |
| Billed    G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Telephone conference with K. Dahlberg regarding discussions with Teamsters; telephone conference with C. Hildebrandt; telephone conference with A. Orcsoz regarding vote; discuss with P. Dowd; email from and to P. Shales. | HILDEBRANDT PAVIN | 0.00 | | |
| 130978    TIME | JPD | 2.10 | 200.00 | 420.00 |
| 10/3/2007 | LABOR | 0.00 | C@1 | |
| Billed    G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Telephone calls from and to T. Koth, J. Connolly, M. Reynolds regarding negotiations with Hildebrandt, Bibby, prospective buyer of company; conferences with T. Koth and M. Reynolds regarding memo to Trustees. | HILDEBRANDT PAVIN | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 130987        TIME<br>10/4/2007<br>Billed        G:12952        12/3/2007<br>Telephone call from M. Reynolds regarding<br>Trustee objection to settlement, follow up<br>needed; telephone call to G. Anderson<br>(leave message). | JPD<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.30<br>0.00<br><br>0.00 | 200.00<br>C@1 | 60.00 |
| 130834        TIME<br>10/5/2007<br>Billed        G:12952        12/3/2007<br>Email from C. Larsen; email from K.<br>Dahlberg; review email and two month<br>summary of income and payments; discuss<br>status with P. Dowd. | MMR<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.40<br>0.00<br><br>0.00 | 175.00<br>C@3 | 70.00 |
| 131149        TIME<br>10/5/2007<br>Billed        G:12952        12/3/2007<br>Telephone call to M. Reynolds regarding<br>settlement negotiations. | JPD<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.20<br>0.00<br><br>0.00 | 200.00<br>C@1 | 40.00 |
| 130843        TIME<br>10/8/2007<br>Billed        G:12952        12/3/2007<br>Review fax from D. Ayala regarding dues<br>owed; prepare fax to C. Hildebrandt. | MMR<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.20<br>0.00<br><br>0.00 | 175.00<br>C@3 | 35.00 |
| 130688        TIME<br>10/9/2007<br>Billed        G:12952        12/3/2007<br>Telephone conference with P. Wallace<br>regarding status; telephone conference with<br>M. Barr regarding status of potential sale.<br>(Time divided.) | MMR<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.20<br>0.00<br><br>0.00 | 175.00<br>C@3 | 35.00 |
| 131060        TIME<br>10/10/2007<br>Billed        G:12952        12/3/2007<br>Telephone conference with P. Shales;<br>prepare fax to C. Hildebrandt and C.<br>Larsen; email from and to D. Ayala. | MMR<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.30<br>0.00<br><br>0.00 | 175.00<br>C@3 | 52.50 |

1/31/2008                      DOWD, BLOCH & BENNETT
3:57 PM                            Slip Listing             Page    34

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | Variance | | |
| 131094 | TIME | MMR | 0.10 | 175.00 | 17.50 |
| 10/10/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12952   12/3/2007 | L FVCOLL 192 | | | |
| Telephone call to C. Hildebrandt (leave message). | | HILDEBRANDT PAVIN | 0.00 | | |
| 131413 | TIME | LMK | 0.20 | 155.00 | 31.00 |
| 10/12/2007 | | LABOR | 0.00 | C@5 | |
| Billed | G:12952   12/3/2007 | L FVCOLL 192 | | | |
| Review M. Reynolds's demand email regarding status of payments and proposal to resolve delinquencies; telephone conference with M. Reynolds and K. Dahlberg. | | HILDEBRANDT PAVIN | 0.00 | | |
| 132965 | TIME | MMR | 0.50 | 175.00 | 87.50 |
| 10/12/2007 | | LABOR | 0.00 | C@3 | |
| Billed | G:12952   12/3/2007 | L FVCOLL 192 | | | |
| Telephone conference with C. Hildebrandt; email to P. Shales and K. Dahlberg; telephone conference with P. Shales. | | HILDEBRANDT PAVIN | 0.00 | | |
| 131557 | TIME | LMK | 0.25 | 155.00 | 38.75 |
| 10/15/2007 | | LABOR | 0.00 | C@5 | |
| Billed | G:12952   12/3/2007 | L FVCOLL 192 | | | |
| Review message from M. Barr; review file and telephone conference with M. Barr; prepare email to K. Dahlberg. | | HILDEBRANDT PAVIN | 0.00 | | |
| 131574 | TIME | LMK | 0.10 | 155.00 | 15.50 |
| 10/16/2007 | | LABOR | 0.00 | C@5 | |
| Billed | G:12952   12/3/2007 | L FVCOLL 192 | | | |
| Telephone conference with M. Reynolds regarding new collective bargaining agreement, addendum requested by M. Barr, and follow up with T. Koth. | | HILDEBRANDT PAVIN | 0.00 | | |
| 131612 | TIME | LMK | 0.15 | 155.00 | 23.25 |
| 10/17/2007 | | LABOR | 0.00 | C@5 | |
| Billed | G:12952   12/3/2007 | L FVCOLL 192 | | | |
| Review fax from K. Dahlberg regarding notification of private disposition of collateral received from Bibby Financial. | | HILDEBRANDT PAVIN | 0.00 | | |

1/31/2008            DOWD, BLOCH & BENNETT
3:57 PM             Slip Listing          Page    35

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Reference | Variance | | |

| 131916     EXP | MMR | 1 | 74.53 | 74.53 |
|---|---|---|---|---|
| 10/18/2007 | EX | | | |
| Billed     G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Expense: Meeting at FVF with Hildebrant HILDEBRANDT PAVIN | | | | |
| and parking on 9/19/07. » Ck #36514 - | | | | |
| $125.45 - 10/18/07. | | | | |

| 131917     EXP | MMR | 1 | 50.92 | 50.92 |
|---|---|---|---|---|
| 10/18/2007 | EX | | | |
| Billed     G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Expense: Parking and mileage for | HILDEBRANDT PAVIN | | | |
| expected meeting with Hildebrandt Paving | | | | |
| on 10/3/07. » Ck #36514 - $125.45 - | | | | |
| 10/18/07. | | | | |

| 132108     TIME | LMK | 1.05 | 155.00 | 162.75 |
|---|---|---|---|---|
| 10/18/2007 | LABOR | 0.00 | C@5 | |
| Billed     G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Conference with P. Dowd regarding | HILDEBRANDT PAVIN | 0.00 | | |
| disscussions with T. Koth regarding | | | | |
| whether addendum with no successor | | | | |
| clause has been approved; review message | | | | |
| from M. Barr regarding agreement; follow | | | | |
| up conference with P. Dowd; telephone | | | | |
| conference with T. Koth; review 810 | | | | |
| LCS519-613 regarding notice of private | | | | |
| disposition of collateral; research whether | | | | |
| Bibby has security interest and research | | | | |
| default enforcement of security interest. | | | | |

| 132139     TIME | LMK | 0.25 | 155.00 | 38.75 |
|---|---|---|---|---|
| 10/19/2007 | LABOR | 0.00 | C@5 | |
| Billed     G:12952    12/3/2007 | L FVCOLL 192 | | | |
| Conference with P. Dowd regarding my | HILDEBRANDT PAVIN | 0.00 | | |
| telephone conference with T. Koth | | | | |
| regarding M. Barr's request for copy of | | | | |
| new collective bargaining agreement and | | | | |
| addendum; follow up conference with P. | | | | |
| Dowd on notice of disposition of property; | | | | |
| contact M. Beem (leave message) | | | | |
| regarding notice of disposition of property; | | | | |
| telephone conference with M. Barr | | | | |
| regarding payment of wages and resolution | | | | |
| of contract issue. | | | | |

DOWD, BLOCH & BENNETT
Slip Listing                    Page    36

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 132500 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 10/25/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:12952 | 12/3/2007 | L FVCOLL 192 | | | |
| Follow up telephone conference with M. Beem regarding UCC notices received regarding disposition of collateral; review message from M. Beem; review email from P. Shales. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 132512 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 10/26/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:12952 | 12/3/2007 | L FVCOLL 192 | | | |
| Review K. Dahlberg's email regarding information from P. Shales regarding status of Hildebrandt's operation / existences. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 132547 | TIME | | LMK | 0.20 | 155.00 | 31.00 |
| 10/29/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:12952 | 12/3/2007 | L FVCOLL 192 | | | |
| Review M. Reynolds' email to Funds regarding Schroeder Asphalt and whether it will be hiring C. Hildebrandt; conference with M. Reynolds regarding notice of disposition received from Bippy and Northern Trust and whether to pursue further and review email from P. Shales. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 132995 | TIME | | MMR | 0.10 | 175.00 | 17.50 |
| 10/29/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:12952 | 12/3/2007 | L FVCOLL 192 | | | |
| Emails from/to P. Shales regarding non-sale; telephone conference with L. Kinsey-Sallis regarding follow-up. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 138163 | EXP | | MD | 1 | 6.45 | 6.45 |
| 10/31/2007 | | | EX | | | |
| Billed | G:13225 | 1/29/2008 | L FVCOLL 192 | | | |
| Expense: Lexis research regarding Hildebrandt Paving Ltd. | | | HILDEBRANDT PAVIN | | | |
| 133822 | TIME | | LMK | 0.05 | 155.00 | 7.75 |
| 11/8/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:13173 | 1/11/2008 | L FVCOLL 192 | | | |
| Prepare email to M. Reynolds regarding status. | | | HILDEBRANDT PAVIN | 0.00 | | |

DOWD, BLOCH & BENNETT
Slip Listing                    Page    37

| Slip ID | | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | | Bill Status | |
| Description | | | Reference | Variance | | |
| 135561 | TIME | | MMR | 0.20 | 175.00 | 35.00 |
| 11/29/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:13173 | 1/11/2008 | L FVCOLL 192 | | | |
| Telephone conference with K. Dalhberg regarding sale of assets; review fax regarding sale. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 135925 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 12/6/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:13225 | 1/29/2008 | L FVCOLL 192 | | | |
| Conference with M. Reynolds regarding filing suit and status of action of secured creditor concerning recovery of assets. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 136237 | TIME | | MMR | 0.60 | 175.00 | 105.00 |
| 12/6/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:13225 | 1/29/2008 | L FVCOLL 192 | | | |
| Prepare fax to T. Koth regarding auction of assets; telephone conference with auctioneer firm; review fax from auction firm; prepare response. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 135986 | TIME | | LMK | 0.10 | 155.00 | 15.50 |
| 12/7/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:13225 | 1/29/2008 | L FVCOLL 192 | | | |
| Prepare email to M. Reynolds regarding clarifications of claims that we are asserting in lawsuit and amounts owed. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 136260 | TIME | | MMR | 0.40 | 175.00 | 70.00 |
| 12/7/2007 | | | LABOR | 0.00 | C@3 | |
| Billed | G:13225 | 1/29/2008 | L FVCOLL 192 | | | |
| Review amounts due; prepare payoff letter; telephone conference with K. Dahlberg regarding additional amounts owed. | | | HILDEBRANDT PAVIN | 0.00 | | |
| 135994 | TIME | | LMK | 0.20 | 155.00 | 31.00 |
| 12/10/2007 | | | LABOR | 0.00 | C@5 | |
| Billed | G:13225 | 1/29/2008 | L FVCOLL 192 | | | |
| Review email from M. Reynolds regarding lawsuit and company's delinquencies; prepare email to D. Ayala regarding whether company current in dues; review fax from D. Ayala. | | | HILDEBRANDT PAVIN | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 136539 TIME 12/10/2007 Billed  G:13225  1/29/2008 Email from and to L. Kinsey-Sallis regarding lawsuit; telephone conference with attorney K. Mahon for Associated Bank. | MMR LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.30 0.00 0.00 | 175.00 C@3 | 52.50 |
| 136449 TIME 12/11/2007 Billed  G:13225  1/29/2008 Review complaint. | MMR LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.25 0.00 0.00 | 175.00 C@3 | 43.75 |
| 136162 EXP 12/12/2007 Billed  G:13225  1/29/2008 Expense: Complaint filing fee regarding Hildebrandt Paving Ltd. on 12/12/07. | EIC EX L FVCOLL 192 HILDEBRANDT PAVIN | 1 | 350.00 | 350.00 |
| 136455 TIME 12/12/2007 Billed  G:13225  1/29/2008 Continued review of complaint. | MMR LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.15 0.00 0.00 | 175.00 C@3 | 26.25 |
| 136739 TIME 12/12/2007 Billed  G:13225  1/29/2008 Review and revise complaint and related documents, prepare e-filing form and email concerning filing. | LMK LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.45 0.00 0.00 | 155.00 C@5 | 69.75 |
| 137150 TIME 12/12/2007 Billed  G:13225  1/29/2008 E-file complaint. | SWJ LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 0.30 0.00 0.00 | 155.00 C@5 | 46.50 |
| 137592 TIME 12/12/2007 Billed  G:13225  1/29/2008 Preparation and electronic filing of complaint. (T. Kastner) | EIC LABOR L FVCOLL 192 HILDEBRANDT PAVIN | 1.25 0.00 0.00 | 95.00 C@7 | 118.75 |
| 136502 TIME 12/14/2007 Billed  G:13225  1/29/2008 | MMR LABOR L FVCOLL 192 | 0.10 0.00 | 175.00 C@3 | 17.50 |

1/31/2008                           DOWD, BLOCH & BENNETT
3:57 PM                                  Slip Listing                    Page    39

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | Reference | Variance | | |
| Review and docket Judge Guzman's minute order dates. | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | |
| 136805 | TIME | LMK | 0.40 | 155.00 | 62.00 |
| 12/14/2007 | | LABOR | 0.00 | C@5 | |
| Billed         G:13225        1/29/2008 | L FVCOLL  192 | | | |
| Review order setting initial status and docket calendar; prepare email to M. Reynolds regarding litigation and review response; prepare letter to company regarding initial status. | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | |
| 136726 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 12/19/2007 | | LABOR | 0.00 | C@3 | |
| Billed         G:13225        1/29/2008 | L FVCOLL  192 | | | |
| Prepare letter to T. Koth. | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | |
| 136877 | TIME | MMR | 0.15 | 175.00 | 26.25 |
| 12/27/2007 | | LABOR | 0.00 | C@3 | |
| Billed         G:13225        1/29/2008 | L FVCOLL  192 | | | |
| Review service date notices; docket answers; email L. Kinsey-Sallis; arrange for payment of process server for 1 bill. | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | |
| 137602 | TIME | EIC | 0.25 | 95.00 | 23.75 |
| 12/27/2007 | | LABOR | 0.00 | C@7 | |
| Billed         G:13225        1/29/2008 | L FVCOLL  192 | | | |
| E-file return of service. (T. Kastner) | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | |
| 137621 | TIME | LMK | 0.10 | 155.00 | 15.50 |
| 12/27/2007 | | LABOR | 0.00 | C@5 | |
| Billed         G:13225        1/29/2008 | L FVCOLL  192 | | | |
| Review emails from M. Reynolds regarding status of service and docket answer deadlines. | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | |
| 138435 | TIME | LMK | 0.15 | 155.00 | 23.25 |
| 1/4/2008 | | LABOR | 0.00 | C@5 | |
| WIP | L FVCOLL  192 | | | |
| Review process server affidavit and revise letter to company setting status. | HILDEBRANDT PAVIN | 0.00 | | |
| | | | | |
| 138686 | TIME | MMR | 0.20 | 175.00 | 35.00 |
| 1/8/2008 | | LABOR | 0.00 | C@3 | |
| WIP | L FVCOLL  192 | | | |

1/31/2008                               DOWD, BLOCH & BENNETT
3:57 PM                                      Slip Listing                    Page    41

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| regarding amounts due; email L.<br>Kinsey-Sallis regarding delinquencies to<br>pursue. | | | | |
| 139520          TIME<br>1/17/2008<br>WIP<br>Review email from M. Reynolds regarding<br>telephone conference with D. Ayala and P.<br>Shales regarding amounts to pursue through<br>judgment. | LMK<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@5 | 15.50 |
| 139521          TIME<br>1/23/2008<br>WIP<br>Conference with M. Reynolds regarding<br>motion for default judgment. | LMK<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 155.00<br>C@5 | 15.50 |
| 139312          TIME<br>1/24/2008<br>WIP<br>Emal from and to L. Kinsey-Sallis<br>regarding affidavit for attorney's fees. | MMR<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 0.10<br>0.00<br><br>0.00 | 175.00<br>C@3 | 17.50 |
| 139522          TIME<br>1/24/2008<br>WIP<br>Continue drafting motion for default<br>judgment and related documents; prepare<br>affidavit of P. Shales to M. Reynolds;<br>prepare email to M. Reynolds regarding<br>attorney affidavit and review response;<br>prepare note to M. Reynolds regarding<br>attorney's fees. | LMK<br>LABOR<br>L FVCOLL  192<br>HILDEBRANDT PAVIN | 1.50<br>0.00<br><br>0.00 | 155.00<br>C@5 | 232.50 |

Grand Total

|  | Billable | 84.10 | 15162.34 |
|---|---|---|---|
|  | Unbillable | 0.25 | 43.75 |
|  | Total | 84.35 | 15206.09 |

| 1/31/2008 | DOWD, BLOCH & BENNETT | | |
|---|---|---|---|
| 4:01 PM | Slip Listing | Page | 1 |

## Selection Criteria

| Slip.Classification | Open |
|---|---|
| Slip.Has Bookmark | Yes |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | Variance | | |
| 95788 | EXP | EIC | 1 | 9.76 | 9.76 |
| 8/30/2006 | | PETTY CASH | | | |
| Billed | G:10565    9/29/2006 | L FVCOLL 192 | | | |
| Expense: Certified Letter / Return Receipt | | HILDEBRANDT PAV | | | |
| Requested to company and to President | | | | | |
| regarding Hildebrandt Paving Ltd. | | | | | |
| 98554 | EXP | LMK | 1 | 350.00 | 350.00 |
| 10/23/2006 | | EX | | | |
| Billed | G:10835    11/30/2006 | L FVCOLL 192 | | | |
| Expense: Complaint filing fee regarding | | HILDEBRANDT PAV | | | |
| Hildebrandt Paving, ltd. | | | | | |
| 103855 | EXP | MD | 1 | 5.28 | 5.28 |
| 10/31/2006 | | EX | | | |
| Billed | G:11138    1/26/2007 | L FVCOLL 192 | | | |
| Expense: Lexis research regarding | | HILDEBRANDT PAV | | | |
| Hildebrandt Paving Ltd. | | | | | |
| 104329 | EXP | EIC | 1 | 10.50 | 10.50 |
| 12/11/2006 | | EX | | | |
| Billed | G:11138    1/26/2007 | L FVCOLL 192 | | | |
| Expense: Photocopying regarding | | HILDEBRANDT PAV | | | |
| Hildebrandt Paving Ltd. | | | | | |
| 104381 | EXP | LMK | 1 | 238.00 | 238.00 |
| 12/12/2006 | | EX | | | |
| Billed | G:11138    1/26/2007 | L FVCOLL 192 | | | |
| Expense: Service regarding Hildebrandt | | HILDEBRANDT PAV | | | |
| Paving, Ltd. | | | | | |
| 109180 | EXP | EIC | 1 | 4.65 | 4.65 |
| 2/1/2007 | | EX | | | |
| Billed | G:11702    3/30/2007 | L FVCOLL 192 | | | |

1/31/2008                 DOWD, BLOCH & BENNETT
4:01 PM                    Slip Listing             Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Expense: Photocopying regarding<br>Hildebrandt Paving Ltd. | | HILDEBRANDT PAV | | | |
| 111445<br>1/31/2007<br>Billed | EXP<br><br>G:11702  3/30/2007 | MD<br>EX<br>L FVCOLL 192 | 1 | 26.13 | 26.13 |
| Expense: Lexis research regarding<br>Hildebrandt Paving, LTD. | | HILDEBRANDT PAV | | | |
| 116023<br>2/28/2007<br>Billed | EXP<br><br>G:12039  5/25/2007 | MD<br>EX<br>L FVCOLL 192 | 1 | 2.81 | 2.81 |
| Expense: Lexis research regarding<br>Hildebrandt Paving, LTD. | | HILDEBRANDT PAV | | | |
| 116229<br>4/18/2007<br>Billed | EXP<br><br>G:12039  5/25/2007 | EIC<br>PETTY CASH<br>L FVCOLL 192 | 1 | 13.92 | 13.92 |
| Expense: 3 certified letters to C.<br>Hildebrandt, R. Stelle and S. Harrod IV<br>regarding Hildebrandt Paving, LTD. | | HILDEBRANDT PAV | | | |
| 118938<br>5/16/2007<br>Billed | EXP<br><br>G:12189  6/26/2007 | EIC<br>PETTY CASH<br>L FVCOLL 192 | 1 | 15.63 | 15.63 |
| Expense: 3 certified letters to (1) S. Harrod<br>IV, (1) R. Stelle, Reg. Agent and (1) C.<br>Hildebrant regarding Hildebrandt Paving<br>Ltd. on 5/16/07. | | HILDEBRANDT PAV | | | |
| 124187<br>7/17/2007<br>Billed | EXP<br><br>G:12512  8/29/2007 | EIC<br>PETTY CASH<br>L FVCOLL 192 | 1 | 15.63 | 15.63 |
| Expense: 3 certified letters to C.<br>Hildebrandt, R. Stelle and S. Harrod, IV<br>regarding Hildebrandt Paving, LTD on<br>7/17/07. | | HILDEBRANDT PAV | | | |
| 126807<br>8/13/2007<br>Billed | EXP<br><br>G:12703  9/26/2007 | EIC<br>PETTY CASH<br>L FVCOLL 192 | 1 | 15.63 | 15.63 |
| Expense: 3 certified letters to Hildebrandt<br>Paving regarding Hildebrandt Paving Ltd.<br>on 8/13/07. | | HILDEBRANDT PAV | | | |

1/31/2008                              DOWD, BLOCH & BENNETT
4:01 PM                                    Slip Listing                          Page    3

| Slip ID | | Attorney | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 130375 | EXP | LMK | 1 | 30.00 | 30.00 |
| 9/7/2007 | | EX | | | |
| Billed | G:12832     10/26/2007 | L FVCOLL 192 | | | |
| Expense: UCC Filing regarding Hildebrandt Paving, LTD. | | HILDEBRANDT PAV | | | |
| 131916 | EXP | MMR | 1 | 74.53 | 74.53 |
| 10/18/2007 | | EX | | | |
| Billed | G:12952     12/3/2007 | L FVCOLL 192 | | | |
| Expense: Meeting at FVF with Hildebrant and parking on 9/19/07. » Ck #36514 - $125.45 - 10/18/07. | | HILDEBRANDT PAV | | | |
| 131917 | EXP | MMR | 1 | 50.92 | 50.92 |
| 10/18/2007 | | EX | | | |
| Billed | G:12952     12/3/2007 | L FVCOLL 192 | | | |
| Expense: Parking and mileage for expected meeting with Hildebrandt Paving on 10/3/07. » Ck #36514 - $125.45 - 10/18/07. | | HILDEBRANDT PAV | | | |
| 136162 | EXP | EIC | 1 | 350.00 | 350.00 |
| 12/12/2007 | | EX | | | |
| Billed | G:13225     1/29/2008 | L FVCOLL 192 | | | |
| Expense: Complaint filing fee regarding Hildebrandt Paving Ltd. on 12/12/07. | | HILDEBRANDT PAV | | | |
| 138163 | EXP | MD | 1 | 6.45 | 6.45 |
| 10/31/2007 | | EX | | | |
| Billed | G:13225     1/29/2008 | L FVCOLL 192 | | | |
| Expense: Lexis research regarding Hildebrandt Paving Ltd. | | HILDEBRANDT PAV | | | |
| 139516 | EXP | MMR | 1 | 65.00 | 65.00 |
| 1/14/2008 | | EX | | | |
| WIP | | L FVCOLL 192 | | | |
| Expense: Service fee regarding Craig Hildebrandt and Hildebrandt Paving Ltd. | | HILDEBRANDT PAV | | | |
| 139517 | EXP | MMR | 1 | 65.00 | 65.00 |
| 1/14/2008 | | EX | | | |
| WIP | | L FVCOLL 192 | | | |
| Expense: Service fee regarding corporation and Hildebrandt Paving Ltd. | | HILDEBRANDT PAV | | | |

1/31/2008                      DOWD, BLOCH & BENNETT
4:01 PM                              Slip Listing                    Page      4

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br><br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable | 0.00 | | 1349.84 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 1349.84 |