## **CERTIFICATE OF SERVICE**

I, Michele M. Reynolds, an attorney, hereby certify that I will cause to be served a copy of the attached Motion for Default Judgment and proposed Order via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on February 6, 2008 before 5:00 p.m., with proper postage prepaid at the addresses indicated.

HILDEBRANDT PAVING, LTD.
c/o Roger T. Stells, Registered Agent
1515 E. Woodfield Rd., 2nd Floor
Schaumburg, IL 60173

CRAIG HILDEBRANDT
37 Ione Drive, Unite A
South Elgin, IL 60177

   /s/ Michele M. Reynolds
Michele M. Reynolds
One of Plaintiffs' Attorneys