IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** | ) ) ) ) ) ) | |
| and | ) ) | Case No. 07 C 6976 |
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Judge Guzman |
| v. | ) ) | Magistrate Judge Keys |
| **HILDEBRANDT PAVING LTD., and CRAIG HILDEBRANDT, individually,** | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This matter came before the Court on Plaintiffs' Motion for Default Judgment against Defendants HILDEBRANDT PAVING, LTD., and CRAIG HILDEBRANT, individually. The Court has examined the Plaintiffs' submissions and is fully informed. It appears that good cause exists for granting Plaintiffs' motion and there is no just reason for delay of entry or enforcement:

WHEREAS, the Plaintiffs filed their Complaint on December 12, 2007, and HILDEBRANDT PAVING, LTD., and CRAIG HILDEBRANDT, individually, were each served with copies of the Complaint and Summons on December 21, 2007 and December 23, 2007, respectively; and

WHEREAS, neither Defendant has answered the Complaint nor otherwise plead;

WHEREAS, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against Defendants HILDEBRANDT PAVING, LTD., and CRAIG HILDEBRANDT, individually, in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against Defendants HILDEBRANDT PAVING, LTD., and CRAIG HILDEBRANDT, individually, as follows:

1. Judgment is entered against HILDEBRANDT PAVING, LTD. in the amount of **$108,937.74** for amounts due for outstanding contributions owed for June 2007 through September 2007, dues owed for June 2007 through September 2007, liquidated damages, including liquidated damages previously incurred for untimely remittance of its May 2007 dues to the District Council, interest, attorneys' fees and costs, as well as the balance remaining due under its Installment Note covering delinquencies from July 2006 through December 2006, and Defendant HILDEBRANDT PAVING, LTD., is ordered to submit **$108,937.74** to the Plaintiffs within 10 days of the date of this Order for the following:

| | |
|---|---|
| Contributions/Dues (06/07-09/07) | $ 40,881.84 |
| Liquidated Damages @20% | $ 8,176.37 |
| Dues (06/07-09/07) | $ 3,524.08 |
| Liquidated Damages @ 10% | $ 352.41 |
| Accumulated Liquidated Damages-Dues (05/07) | $ 56.21 |
| Installment Note | $ 96,378.19 |
| Note Interest | $ 3,298.57 |
| Attorneys' Fees & Costs | $ 10,118.26 |
| **Total** | **$162,785.93** |
| Payments on Note | ($53,848.19) |
| **Balance Due** | **$108,937.74** |

**Judgment Amount: $108,937.74**

2. Of these amounts, pursuant to the terms of the Installment Note and Settlement

Agreement that he signed in his individual capacity and pursuant to the Illinois Wage Payment and Collection Act, CRAIG HILDEBRANDT, individually, is found jointly and severally liable for $100,352.75 and Judgment is entered against him in the amount of $100,352.75 for the outstanding contributions for June 2007 through September 2007, dues for June 2007 through September 2007, attorneys' fees and costs, as well as the balance remaining due under the Installment Note covering delinquencies from July 2006 through December 2006.  CRAIG HILDEBRANDT is ordered to submit $100,352.75 to the Plaintiffs within 10 days of the date of this Order for the following:

| | |
|---|---|
| Contributions/Dues (06/07-09/07) | $ 40,881.84 |
| Dues (06/07-09/07) | $ 3,524.08 |
| Installment Note | $ 96,378.19 |
| Note Interest | $ 3,298.57 |
| Attorneys' Fees & Costs | $ 10,118.26 |
| **Total** | $154,200.94 |
| Payments on Note | ($53,848.19) |
| **Balance Due** | **$100,352.75** |

So Ordered:

_____
Honorable Ronald A. Guzman

Dated: _____