IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>   Plaintiffs,<br><br>v.<br><br>HILDEBRANDT PAVING LTD., and CRAIG HILDEBRANDT, individually,<br><br>   Defendants. | Case No. 07 C 6976<br><br>Judge Guzman<br><br>Magistrate Judge Keys |

### NOTICE OF MOTION

TO:   HILDEBRANDT PAVING, LTD.      CRAIG HILDEBRANDT
       c/o Roger T. Stells, Registered Agent  37 Ione Drive, Unite A
       1515 E. Woodfield Rd., 2nd Floor      South Elgin, IL 60177
       Schaumburg, IL 60173

    PLEASE TAKE NOTICE that on **Wednesday, February 13, 2008** at **9:30 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Ronald Guzman, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom1219 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached Motion for Default Judgment, a copy of which is hereby served upon you.

          Respectfully submitted,


          <u>/s/Michele M. Reynolds</u>
          Michele M. Reynolds
          One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361