UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Mike Shales, et al.
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06976
                                        Honorable Ronald A. Guzman

Hildebrandt Paving, Ltd., et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/13/2008. Plaintiffs' motion for default judgment [13] is granted. Enter Judgment Order. This case is terminated. All pending motion and schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.