Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6976 | DATE | 2/13/2008 |
| CASE TITLE | MIKE SHALES, et al vs. HILDEBRANDT PAVING LTD., et al | | |

**DOCKET ENTRY TEXT**

Enter judgment order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|