IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>HILDEBRANDT PAVING LTD., and CRAIG HILDEBRANDT, individually,<br><br>Defendants. | Case No. 07 C 6976<br><br>Judge Guzman<br><br>Magistrate Judge Keys |

## CITATION TO DISCOVER ASSETS

To:   Craig Hildebrandt
       37 Ione Drive, Unit A
       South Elgin, IL 60177

THIS COURT HAS ISSUED A CITATION AGAINST CRAIG HILDEBRANDT. This Citation directs **Craig Hildebrandt** to appear before Michele M. Reynolds, attorney for the plaintiff, at 8 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603 on March 18, 2008 at 2:00 PM., to be examined under oath concerning the indebtedness owed to the Plaintiffs. The Citation was issued on the basis of a judgment order entered on February 13, 2008 by Judge Ronald A. Guzman against CRAIG HILDEBRANDT in the total amount of $100,352.75. To date,

### In the United States District Court

### For the Northern District of Illinois, Eastern Division

CASE NAME.: Mike Shales, et al vs. Hildebrandt Paving, Ltd, et al

CASE NUMBER: 07 C 6976

### AFFIDAVIT OF PROCESS SERVER

I, **Bob Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Citation To Disover Assets and Certificate of Attorney** in the above captioned matter on **Craig Hildebrandt** at his/her usual place of abode located at **37 Ione Drive Unit A, South Elgin, IL 60177** on **03/11/2008** at **5:48 PM**.
Description: Sex: Male – Age: 36 – Skin: White – Hair: Black – Height: 5.8 – Weight: 180

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Bob Brady

Subscribed and Sworn to before me on this
___ day of _____ 20___.

_____
Notary Public

11043